1 | Gil Glancz (SBN NV 239389)
gglancz@selmanlaw.com
2 | SELMAN BREITMAN LLP
3993 Howard Hughes Parkway, Suite 200
3 | Las Vegas, NV 89169-0961
Telephone: 702.228.7717
4 | Facsimile: 702.228.8824

5 | Wendy M. Schenk (SBN CA 177397),
Pro Hac Vice Application Pending
6 | wschenk@selmanlaw.com
SELMAN BREITMAN LLP
7 | 33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
8 | Telephone: 415.979.0400
Facsimile: 415.979.2099

Attorneys for Defendant EVEREST NATIONAL INSURANCE CO.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>Plaintiff,<br><br>v.<br><br>FINANCIAL PACIFIC INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No. 2:19-cv-01284-JCM-VCF<br><br>**JOINT STIPULATION TO EXTEND TIME TO FILE ANSWER TO INITIAL COMPLAINT**<br><br>Complaint Served: October 16, 2019<br>Current Response Date: November 6, 2019<br>New Response Date: December 6, 2019 |

TO THE COURT AND ALL COUNSEL OF RECORD:

Centex Homes ("Plaintiff") and Defendant, Everest National Insurance Company ("Everest"), hereby stipulate and agree, by and through their counsel of record, that the deadline for Everest to file an Answer to Plaintiff's Complaint shall be extended by thirty (30) days. An extension of Everest's deadline is necessary in order to allow Everest to gather all necessary documents and information, as well as informally exchange information and work together with

1

Centex to narrow the scope of the parties' alleged dispute. Consequently, Everest requires additional time to evaluate the Complaint's allegations and finalize its Answer to the Complaint. This is the first request for an extension to respond to Plaintiff's Complaint. Pursuant to this stipulation, the new deadline for Everest to file an Answer to Plaintiff's Complaint shall be December 6, 2019.

This stipulation shall not constitute an appearance by Everest. Everest does not waive its right to challenge the Court's jurisdiction over this matter and/or whether it was validly served with the Summons and Complaint. Plaintiff and Everest further stipulate and agree that this stipulation may be signed in counter-parts.

DATED: November 5, 2019     SELMAN BREITMAN LLP

By: */s/ Gil Glancz* _____
GIL GLANCZ
Attorneys for Defendant EVEREST
NATIONAL INSURANCE CO.

DATED: November 5, 2019     PAYNE & FEARS LLP

By: */s/ Sarah J. Odia* _____
SARAH J. ODIA
Attorneys for Plaintiff CENTEX HOMES

## **ATTESTATION**

In accordance with Rule 5 of the Federal Rule of Civil Procedure, I hereby attest that concurrence in the filing of this document has been obtained from the other Signatory, which shall serve in lieu of her signature on the document.

DATED: November 5, 2019     SELMAN BREITMAN LLP

By: */s/ Gil Glancz* _____
GIL GLANCZ
Attorneys for /Defendant
EVEREST NATIONAL INSURANCE CO.

412206.1 1062.46874

Gil Glancz (SBN NV 239389)
gglancz@selmanlaw.com
SELMAN BREITMAN LLP
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Telephone:    702.228.7717
Facsimile:    702.228.8824

Wendy M. Schenk (SBN CA 177397),
Pro Hac Vice Application Pending
wschenk@selmanlaw.com
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Telephone:    415.979.0400
Facsimile:    415.979.2099

Attorneys for Defendant EVEREST NATIONAL INSURANCE CO.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>            Plaintiff,<br><br>    v.<br><br>FINANCIAL PACIFIC INSURANCE COMPANY, et al.,<br><br>            Defendants. | Case No. 2:19-cv-01284<br><br>**ORDER  RE JOINT STIPULATION TO EXTEND TIME TO FILE ANSWER TO INITIAL COMPLAINT**<br><br>Complaint Served:        October 16, 2019<br>Current Response Date: November 6, 2019<br>New Response Date:      December 6, 2019 |

**ORDER**

Based on the concurrently-filed Joint Stipulation to Extend Time to file an Answer to the Initial Complaint filed by Centex Homes and Everest National Insurance Company,

1

IT IS HEREBY ORDERED that the Joint Stipulation is **GRANTED**. Defendant Everest National Insurance Company shall have until December 6, 2019 to file an Answer to the Complaint in this action.

IT IS SO ORDERED.

Dated: November 6, 2019

_____
HON. CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

2