John H. Podesta (NV Bar No. 7487)
John.podesta@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Telephone: 415.433.0990
Facsimile: 415.434.1370

Attorneys for Defendant
ARCH SPECIALTY INSURANCE COMPANY

Scott S. Thomas (NV Bar No. 7937)
sst@paynefears.com
Sarah J. Odia (NV Bar No. 11053)
sjo@paynefears.com
PAYNE & FEARS, LLP
6385 S. Rainbow Blvd., Ste. 220
Las Vegas, NV 89118
T: 702-851-0300
F: 702-851-0315

Attorneys for Plaintiff
CENTEX HOMES

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>Plaintiff,<br><br>v.<br><br>FINANCIAL PACIFIC INSURANCE COMPANY, a California Corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware Corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut Corporation; ARCH SPECIALTY INSURANCE COMPANY, a Nebraska Corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois Corporation; LEXINGTON INURANCE COMPANY, a Delaware Corporation; NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York Corporation; FEDERAL INSURANCE COMPANY, an Indiana Corporation; FIRST MERCURY INSURANCE COMPANY, an Illinois Corporation; FIRST SPECIALTY INSURANCE | Case No. 2:19-cv-01284-JCM-VCF<br><br>**JOINT MOTION OF THE PARTIES FOR AN ORDER EXTENDING THE TIME FOR DEFENDANT ARCH SPECIALTY INSURANCE COMPANY TO ANSWER PLAINTIFF'S COMPLAINT**<br><br>**LR IA 6-1** |

1

| | |
|---|---|
| 1<br>2<br>3<br>4 | CORPORATION, a Missouri Corporation;<br>AXIS SURPLUS INSURANCE<br>COMPANY, an Illinois Corporation,<br><br>        Defendant. |

5. Pursuant to Local Rules 6-1, plaintiff Centex Homes ("Plaintiff"), and defendant Arch Specialty Insurance Company ("Arch"), (Plaintiff and Arch shall be referred to jointly as "the Parties"), through their counsel of record, submit this Joint Motion for an order extending the time for Arch Specialty Insurance Company to answer Plaintiff's complaint. This is the first stipulation for extension of time to answer Plaintiff's complaint.

Plaintiff filed its lawsuit on July 25, 2019 and served Arch through the Nevada Secretary of State through its agent for service of process on October 17, 2019. Arch's answer would have been due on November 6, 2019. However, Arch only recently engaged the law firm of Wilson, Elser, Moskowitz, Edelman, & Dicker LLP to defend it in this action. Thus, counsel of record for Arch requires additional time to review the file in order to prepare a proper answer to the complaint. Defense counsel believes that the answer will be filed long before the requested due date, but in an abundance of caution, requests an additional 30 days up to and including December 6, 2019 to file an answer to Plaintiff's complaint.

| | |
|---|---|
| Dated: November 5, 2019 | **PAYNE & FEARS**<br><br>By:  /s/ Sarah Odia<br>Attorneys for Plaintiff<br>Centex Homes |
| Dated: November 5, 2019 | **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**<br><br>By:  /s/ John Podesta<br>Attorneys for Defendant<br>Arch Specialty Insurance Company |

IT IS SO ORDERED that Arch's answer to plaintiff's complaint is due December 6, 2019.

Dated: November  6 , 2019

_____
United States Magistrate Judge

# CERTIFICATE OF SERVICE
*Centex Homes v Financial Pacific Insurance Company, et al*
*USDC District of Nevada Case No. 2:19-cv-01284-JCM-VCF*

I, the undersigned, declare as follows: I am employed in the County of San Francisco, State of California. My business address is Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, 525 Market Street, 17th Floor, San Francisco, CA 94105. I am over eighteen years old and not a party to this action.

On the date set forth below, I served the following document(s) described as:

**JOINT MOTION OF THE PARTIES FOR AN ORDER EXTENDING THE TIME FOR DEFENDANT ARCH SPECIALTY TO ANSWER PLAINTIFF'S COMPLAINT**

☐: **PERSONAL SERVICE** - I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below, and providing them to a professional messenger service for service. (A confirmation by the messenger will be provided to our office after the documents have been delivered.)

☐: **BY MAIL** - As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. The envelope was sealed and placed for collection and mailing on this date following our ordinary practices. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒: **BY ELECTRONIC TRANSMISSION** – By causing the document(s) listed above to be electronically filed and served on designated recipients through the Electronic Case Filing system for the above-entitled case. The file transmission was reported as successful and a copy of the Electronic Case Filing Receipt will be maintained with the original document(s) in our office.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed November 5, 2019, at San Francisco, California.

*/s/ Marilee Barlow*
Marilee Barlow