SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
550 S. HOPE ST., SUITE 2350
LOS ANGELES, CALIFORNIA 90071-2618
TEL (213) 996-4200 · FAX (213) 892-8322

| | |
|---|---|
| 1 | Randolph P. Sinnott, Esq. |
| | Nevada Bar No. 9907 |
| 2 | rsinnott@spcclaw.com |
| | SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC |
| 3 | 550 S. Hope St., Suite 2350 |
| | Los Angeles, California 90071-2618 |
| 4 | Telephone: (213) 996-4200 |
| | Facsimile: (213) 892-8322 |

Attorneys for FIRST MERCURY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership, | Case No. 2:19-cv-01284-JCM-VCF |
| Plaintiff, | **JOINT STIPULATION TO EXTEND TIME FOR FIRST MERCURY TO ANSWER PLAINTIFF'S COMPLAINT** |
| vs. | |
| FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation; ARCH SPECIALTY INSURANCE COMAPNY, a Nebraska corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; NAVIGAOTRS SPECIALTY INSURANCE COMPANY, a New York corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; FIRST MERCURY INSURANCE COMPANY, an Illinois corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation; and AXIS SURPLUS INSURANCE COMPANY, an Illinois corporation, | Complaint Served: 10/17/19<br>Current Response Date: 11/07/19<br>New Response Date: 12/06/19 |
| Defendants. | |

Case No. 2:19-cv-01284-JCM-VCF
JOINT STIPULATION TO EXTEND TIME FOR FIRST MERCURY TO ANSWER PLAINTIFF'S COMPLAINT

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Defendant FIRST MERCURY INSURANCE COMPANY may have a thirty day extension of time within which to answer Plaintiff CENTEX HOMES's complaint. Therefore, the last day for Defendant to answer Plaintiff's complaint is December 6, 2019. This is the first stipulation for an extension of time to file an answer to the complaint. No previous extensions have been sought or obtained. The content of this document is acceptable to all persons required to sign the document and is signed on behalf of all parties who have appeared in the action and are affected by the stipulation.

This document is being electronically filed by Defendant through the Court's ECF System. In this regard, counsel for Defendant hereby attests that (1) Plaintiff's counsel has concurred with the filing of this document and (2) a record supporting this concurrence is available for inspection or production if so ordered.

DATED: November 6, 2019

SINNOTT, PUEBLA,
CAMPAGNE & CURET, APLC


By: _____/s/ *Randolph P. Sinnott*_____
RANDOLPH P. SINNOTT
Attorneys for Defendant First Mercury Insurance Company


DATED: November 6, 2019

PAYNE & FEARS LLP


By: _____/s/ *Scott S. Thomas*_____
SCOTT S. THOMAS
Attorney for Plaintiff Centex Homes

## ATTESTATION

In accordance with Rule 5 of the Federal Rule of Civil Procedure, I hereby attest that concurrence in the filing of this document has been obtained from the other Signatory, which shall serve in lieu of her signature on the document.

DATED: November 6, 2019  SINNOTT, PUEBLA,
CAMPAGNE & CURET, APLC


By:     /s/ *Randolph P. Sinnott*
RANDOLPH P. SINNOTT
Attorneys for Defendant First Mercury
Insurance Company

**Centex Homes v. Financial Pacific Insurance Company, et al.**

**(United States District Court District of Nevada**

**Case No.: 2:19-cv-01284-JCM-VCF)**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on November 6, 2019, a copy of the foregoing **JOINT STIPULATION TO EXTEND TIME FOR FIRST MERCURY TO ANSWER PLAINTIFF'S COMPLAINT** was delivered by electronic service through the Court's CM/ECF System.

                                        /s/ *Rose Hernandez*
                                        Rose Hernandez

Randolph P. Sinnott, Esq.
Nevada Bar No. 9907
rsinnott@spcclaw.com
SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
550 S. Hope St., Suite 2350
Los Angeles, California 90071-2618
Telephone: (213) 996-4200
Facsimile: (213) 892-8322

Attorneys for FIRST MERCURY
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>Plaintiff,<br><br>vs.<br><br>FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation; ARCH SPECIALTY INSURANCE COMAPNY, a Nebraska corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; NAVIGAOTRS SPECIALTY INSURANCE COMPANY, a New York corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; FIRST MERCURY INSURANCE COMPANY, an Illinois corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation; and AXIS SURPLUS INSURANCE COMPANY, an Illinois corporation,<br><br>Defendants. | Case No. 2:19-cv-01284-JCM-VCF<br><br>**ORDER RE JOINT STIPULATION TO EXTEND TIME FOR FIRST MERCURY TO ANSWER PLAINTIFF'S COMPLAINT**<br><br>Complaint Served: 10/17/19<br>Current Response Date: 11/07/19<br>New Response Date: 12/06/19 |

## ORDER

IT IS HEREBY ORDERED that the Stipulation is GRANTED. Defendant First Mercury Insurance Company shall have until December 6, 2019 to file an Answer to the Complaint in this action.

IT IS SO ORDERED.

DATED: November 7, 2019

_____
Cam Ferenbach
United States Magistrate Judge