HELM & ASSOCIATES
Kevin E. Helm, Esq. (NBN 003432)
kevinh@helmandassociates.net
2330 Paseo Del Prado, Suite C103
Las Vegas, Nevada 89102
Telephone: (702) 258-0022
Facsimile: (702) 258-0114

NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
Jeffrey N. Labovitch, Esq. (NBN 10915)
jlabovitch@nicolaidesllp.com
4365 Executive Drive, Suite 950
San Diego, California 92121
Telephone: (858) 257-0700
Facsimile: (858) 257-0701

Attorneys for Defendant
LEXINGTON INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>Plaintiff,<br><br>vs.<br><br>FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation; ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; FIRST | Case No.: 2:19- cv-01284-JCM-VCF<br><br>**STIPULATION & ORDER TO ALLOW LEXINGTON INSURANCE COMPANY AN EXTENSION OF TIME TO FILE & SERVE ANSWER (FIRST REQUEST)** |

STIPULATION & ORDER TO ALLOW LEXINGTON INSURANCE COMPANY AN EXTENSION OF TIME TO FILE & SERVE ANSWER (FIRST REQUEST) - 1

MERCURY INSURANCE COMPANY, an Illinois corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation; and AXIS SURPLUS INSURANCE COMPANY, an Illinois corporation,

Defendants.

### STIPULATION & ORDER TO ALLOW LEXINGTON INSURANCE COMPANY AN EXTENSION OF TIME TO FILE & SERVE ANSWER
### (FIRST REQUEST)

IT IS HEREBY STIPULATED by and between Plaintiff, CENTEX HOMES and Defendant, LEXINGTON INSURANCE COMPANY, that LEXINGTON INSURANCE COMPANY shall have an extension to time to file and serve its Answer to Plaintiff's Complaint herein until **January 2, 2020**.

This is the first stipulation to allow LEXINGTON INSURANCE COMPANY an extension of time to file and serve its Answer herein.

| | |
|---|---|
| PAYNE & FEARS LLP | HELM & ASSOCIATES |
| /s/ *Sarah J. Odia* | /s/ *Kevin E. Helm* |
| Scott S. Thomas (NBN 007937) | Kevin E. Helm, Esq. (NBN 003432) |
| sst@paynefears.com | kevinh@helmandassociates.net |
| Sarah J. Odia (NBN 011053) | 2330 Passeo Del Prado, Suite C103 |
| sjo@paynefears.com | Las Vegas, Nevada 89102 |
| 6385 S. Rainbow Blvd., Suite 220 | Telephone: (702) 258-0022 |
| Las Vegas, Nevada 89118 | Facsimile: (702) 258-0114 |
| Telephone: (702) 851-0300 | |
| Facsimile: (702) 851-0315 | |
| Attorneys for Centex Homes | Attorney for Lexington Insurance Company |

STIPULATION & ORDER TO ALLOW LEXINGTON INSURANCE COMPANY AN EXTENSION OF TIME TO FILE & SERVE ANSWER (FIRST REQUEST) - 2

| | |
|---|---|
| 1 | NICOLAIDES FINK THORPE |
| 2 | MICHAELIDES SULLIVAN LLP |
| 3 | /s/ *Jeffrey N. Labovitch, Esq.* |
| 4 | Jeffrey N. Labovitch, Esq. (NBN 10915) |
| | **jlabovitch@nicolaidesllp.com** |
| 5 | 4365 Executive Drive, Suite 950 |
| | San Diego, California 92121 |
| 6 | Telephone: (858) 257-0700 |
| 7 | Facsimile: (858) 257-0701 |
| 8 | Attorney for Lexington Insurance Company |

IT IS SO ORDERED.

Dated: November 15, 2019

_____
UNITED STATES MAGISTRATE JUDGE

STIPULATION & ORDER TO ALLOW LEXINGTON INSURANCE COMPANY AN EXTENSION OF TIME TO FILE & SERVE ANSWER (FIRST REQUEST) - 3