1 | ANDREW D. HEROLD, ESQ.
Nevada Bar No. 7378
2 | HEROLD & SAGER
3 | 3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
4 | Telephone: (702) 990-3624
Facsimile: (702) 990-3501
5 | aherold@heroldsagerlaw.com

6 | Attorney for Defendant LEXINGTON INSURANCE COMPANY

7

8 | **UNITED STATES DISTRICT COURT**

9 | **DISTRICT OF NEVADA**

10

11 | CENTEX HOMES, a Nevada general partnership,

Case No. 2:19-cv-01284-JCM-VCF

12 | Plaintiff,

13 | v.

**LEXINGTON INSURANCE COMPANY'S SUBSTITUTION OF ATTORNEY**

14

15 | FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation; EVEREST NATIONAL INSURANCE

Complaint Filed:        July 25, 2019

16 | COMPANY, a Delaware corporation; ST. PAUL FIRE AND MARINE INSURANCE

17 | COMPANY, a Connecticut corporation; ARCH SPECIALTY INSURANCE

18 | COMPANY, a Nebraska corporation; INTERSTATE FIRE & CASUALTY

19 | COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a

20 | Delaware corporation; NAVIGATORS SPECIALTY INSURANCE COMPANY, a

21 | New York corporation; FEDERAL

22 | INSURANCE COMPANY, an Indiana corporation; FIRST MERCURY

23 | INSURANCE COMPANY, an Illinois corporation; FIRST SPECIALTY

24 | INSURANCE CORPORATION, a Missouri corporation; and AXIS SURPLUS

25 | INSURANCE COMPANY, an Illinois corporation,

26

27 | Defendants.

28

1

1    Defendant Lexington Insurance Company hereby substitutes Andrew D. Herold, Esq.,

2  Nevada Bar No. 7378, at Herold & Sager, 3960 Howard Hughes Parkway, Suite 500, Las Vegas,

3  Nevada 89169, (702) 990-3624, as attorney of record instead and in place of Jeff Labovitch, Esq.

4  I CONSENT TO THE ABOVE SUBSTITUTION.

5  DATED: May 13, 2020                          LEXINGTON INSURANCE COMPANY

6

7                                                        _____

8  I CONSENT TO BEING SUBSTITUTED.

9  DATED: May 13, 2020                          NICOLAIDES FINK THORPE MICHAELIDES

10                                                       SULLIVAN, LLP

11                                                       _____

12                                                       JEFF LABOVITCH, ESQ.

13

14  I CONSENT TO THE ABOVE SUBSTITUTION.

15  DATED: May 13, 2020                         HEROLD & SAGER

16

17                                                      _____

18                                                      ANDREW D. HEROLD, ESQ.
                                                        Attorney for Defendant LEXINGTON INSURANCE
19                                                      COMPANY

20

21

22  SUBSTITUTION ACCEPTED.

23  DATED: _5-15-2020_____

24                                                      _____

25                                                      Cam Ferenbach
                                                        United States Magistrate Judge

26

27

28

2

1    I, Aireanna Mannerud, declare:

2    I am employed in the County of San Diego, State of California, I am over the age of 18 and

3    not a party to the within action.  I am employed in the County of San Diego, State of California,

4    within which county the subject service occurred.  My business address is 550 Second Street,

5    Suite 200, Encinitas, California 92024.

6    On May 13, 2020, I served the following documents described as:

7
                    **LEXINGTON INSURANCE COMPANY'S**
                      **SUBSTITUTION OF ATTORNEY**
8

9    on the interested parties in this action as follows:

10   [    ]   (BY MAIL) I deposited such envelope (s) in the mail at Encinitas, California.  The
     envelope(s) were mailed with postage thereon fully prepaid.  I am "readily familiar" with the
11   firm's practice of collection and processing correspondence for mailing.  It is deposited with the
     United States Postal Service on that same day in the ordinary course of business.  I am aware that
12   on motion of party served, service is presumed invalid if postal cancellation date or postage meter
     date is more than one (1) day after date of deposit for mailing in affidavit.
13

14   [ X ] BY ELECTRONIC FILING.  I caused such document(s) to be electronically filed
     and served through the United States District Court's CM/ECF System for the within action.  This
15   service complies with the Federal Rules of Civil Procedure.  The file transmission was reported as
     complete and a copy of the Court's Notice of Electronic Filing will be maintained with the
16   original document(s) in our office.

17
     I declare under that I am employed in the offices of a member of the bar of this Court at
18   whose direction this service was made.  Executed on May 13, 2020 at Encinitas, California.

19

20

21

22   _____
     Aireanna Mannerud
23

24

25

26

27

28