Michael W. Melendez
Nevada Bar No. 6741
COZEN O'CONNOR
3735 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Tel:     702.470.2330
Fax:    702.470.2370
Email:  mmelendez@cozen.com

Attorneys for Defendant
AXIS SURPLUS INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>Plaintiff,<br><br>v.<br><br>FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation; ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; FIRST MERCURY INSURANCE COMPANY, an Illinois corporation, FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation; and AXIS SURPLUS INSURANCE COMPANY, an Illinois corporation,<br><br>Defendants. | Case No. 2:19-CV-01284-JCM-VCF<br><br>**CENTEX HOMES' AND AXIS SURPLUS LINES INSURANCE COMPANY'S STIPULATION AND ORDER TO EXTEND AXIS' TIME TO RESPOND TO COMPLAINT** |

1  WHEREAS, plaintiff Centex Homes and defendant AXIS Surplus Insurance Company are engaged in mediation before mediator Edwin Oster.

WHEREAS, AXIS' pleading responsive to Centex' complaint in this action is due on May 15, 2020.

WHEREAS, the parties now wish to focus on mediation to determine if their dispute may be amicably resolved.

WHEREFORE, the parties have agreed to extend the deadline for AXIS to respond to the complaint until June 5, 2020. This is the first stipulation filed by the parties for the extension of time for AXIS to file its response to Centex' complaint.

It is so STIPULATED.

Dated:   May 11, 2020              PAYNE & FEARS

                                   By: /s/ Sarah J. Odia
                                       Scott S. Thomas
                                       Nevada Bar No. 7937
                                       Sarah J. Odia
                                       Nevada Bar No. 11053
                                       PAYNE & FEARS
                                       6385 S. Rainbow Blvd., Suite 220
                                       Las Vegas, NV 89118
                                       Tel:   702.851.0300
                                       Fax:   702.851.0315
                                       Email: sst@paynefears.com
                                              sjo@paynefears.com

                                       Attorneys for Plaintiff
                                       CENTEX HOMES

///

///

///

///

///

STIP. RE AXIS' RESPONSIVE PLEADING     1              Case No. 2:19-CV-01284

Dated:  May 11, 2020

COZEN O'CONNOR

By: /s/ Michael W. Melendez
Michael W. Melendez
Nevada Bar No. 6741
COZEN O'CONNOR
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Tel:    702.470.2330
Fax:   702.470.2355
Email:  mmelendez@cozen.com

Attorneys for Defendant
AXIS SURPLUS INSURANCE COMPANY

**ORDER**

Upon the forgoing STIPULATION, it is hereby ORDERED that AXIS Surplus Insurance Company's responsive pleading is due on or before June 5, 2020.

DATED:  5-15-2020

_____
UNITED STATES MAGISTRATE JUDGE