Scott S. Thomas
Nevada Bar No. 7937
sst@paynefears.com
Sarah J. Odia
Nevada Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for Plaintiff CENTEX HOMES

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>        Plaintiff,<br><br>   v.<br><br>FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation; ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; FIRST MERCURY INSURANCE COMPANY, an Illinois corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation; and AXIS SURPLUS INSURANCE COMPANY, an Illinois corporation,<br><br>        Defendants. | Case No. 2:19-cv-01284-JCM-VCF<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT FEDERAL INSURANCE COMPANY AND ORDER** |

1

Stipulation for Dismissal and [Proposed] Order

Case No. 2:19-cv-01284-JCM-VCF

1  IT IS HEREBY STIPULATED by and between Plaintiff CENTEX HOMES ("Plaintiff")
2  and Defendant FEDERAL INSURANCE COMPANY ("Defendant"), through their respective
3  attorneys of record, that Plaintiff's Complaint filed against Defendant shall be dismissed with
4  prejudice pursuant to FRCP 41(a)(2).  Plaintiff and Defendant shall bear their own attorneys' fees
5  and costs.

| Dated: 5/26/20 | Dated: 5/26/20 |
|---|---|
| PAYNE & FEARS LLP | MORALES FIERRO & REEVES |
| By: /s/ Sarah J. Odia<br>Sarah J. Odia, Esq.<br>6385 S. Rainbow Blvd., Ste. 220<br>Las Vegas, NV 89118<br>(702) 851-0300 | By: /s/ Ramiro Morales<br>Ramiro Morales, Esq.<br>William C. Reeves, Esq.<br>600 S. Tonopah Drive, Ste. 300<br>Las Vegas, NV 89106<br>(702) 699-7822 |
| Attorneys for Plaintiff<br>CENTEX HOMES | Attorneys for Defendant<br>FEDERAL INSURANCE COMPANY |

**ORDER**

IT IS SO ORDERED that Plaintiff's claims against Defendant FEDERAL INSURANCE COMPANY in the instant matter, Case No. 2:19-cv-01284-JCM-VCF, are dismissed with prejudice. All parties shall bear their own attorneys' fees and costs.

DATED: June 1, 2020.

_____
HONORABLE JUDGE JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2020, I electronically served a copy of the above and foregoing, **STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT FEDERAL INSURANCE COMPANY AND [PROPOSED] ORDER** via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic filing user with the clerk.

                                          */s/ Erica Bennett-Mendoza*
                                          Erica Bennett-Mendoza
                                          An employee of PAYNE & FEARS LLP