ANDREW D. HEROLD, ESQ.
Nevada Bar No. 7378
HEROLD & SAGER
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (702) 990-3624
Facsimile: (702) 990-3501
aherold@heroldsagerlaw.com

Attorney for Defendant LEXINGTON INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation; ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; FIRST MERCURY INSURANCE COMPANY, an Illinois corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation; and AXIS SURPLUS INSURANCE COMPANY, an Illinois corporation,<br><br>　　　　　Defendants. | Case No. 2:19-cv-01284-JCM-VCF<br><br>**LEXINGTON INSURANCE COMPANY'S SUBSTITUTION OF ATTORNEY**<br><br>Complaint Filed:　　　July 25, 2019 |

1       Defendant Lexington Insurance Company hereby substitutes Andrew D. Herold, Esq.,
2 Nevada Bar No. 7378, at Herold & Sager, 3960 Howard Hughes Parkway, Suite 500, Las Vegas,
3 Nevada 89169, (702) 990-3624, as attorney of record instead and in place of Kevin E. Helm, Esq.
4 I CONSENT TO THE ABOVE SUBSTITUTION.

5 DATED: ~~May ___, 2020~~      LEXINGTON INSURANCE COMPANY
6       June 1, 2020

7       By: _____

8 I CONSENT TO BEING SUBSTITUTED.
9 DATED: May 29, 2020     HELM AND ASSOCIATES

11       _____
12       KEVIN E. HELM, ESQ.

14 I CONSENT TO THE ABOVE SUBSTITUTION.

15 DATED: ~~May ___, 2020~~      HEROLD & SAGER
      June 1, 2020

17       _____
      ANDREW D. HEROLD, ESQ.
18       Attorney for Defendant LEXINGTON INSURANCE COMPANY

21 SUBSTITUTION ACCEPTED.
22 DATED: 6-2-2020

      _____
      United States ~~District~~ Judge
      Magistrate

SUBSTITUTION OF ATTORNEY     CASE NO. 2:19-cv-01284

I, Aireanna Mannerud, declare:

I am employed in the County of San Diego, State of California, I am over the age of 18 and not a party to the within action. I am employed in the County of San Diego, State of California, within which county the subject service occurred. My business address is 550 Second Street, Suite 200, Encinitas, California 92024.

On June 1, 2020, I served the following documents described as:

**LEXINGTON INSURANCE COMPANY'S
SUBSTITUTION OF ATTORNEY**

on the interested parties in this action as follows:

[ ]   <u>(BY MAIL)</u> I deposited such envelope (s) in the mail at Encinitas, California. The envelope(s) were mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**[ X ]** <u>BY ELECTRONIC FILING</u>. I caused such document(s) to be electronically filed and served through the United States District Court's CM/ECF System for the within action. This service complies with the Federal Rules of Civil Procedure. The file transmission was reported as complete and a copy of the Court's Notice of Electronic Filing will be maintained with the original document(s) in our office.

I declare under that I am employed in the offices of a member of the bar of this Court at whose direction this service was made. Executed on June 1, 2020 at Encinitas, California.

*/s/ Aireanna Mannerud*
_____
Aireanna Mannerud

CERTIFICATE OF SERVICE         CASE NO. 2:19-cv-01284-JCM-VCF