Michael W. Melendez
Nevada Bar No. 6741
COZEN O'CONNOR
3735 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Tel:     702.470.2330
Fax:    702.470.2370
Email:  mmelendez@cozen.com

Attorneys for Defendant
AXIS SURPLUS INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>   Plaintiff,<br><br>v.<br><br>FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation; ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; FIRST MERCURY INSURANCE COMPANY, an Illinois corporation, FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation; and AXIS SURPLUS INSURANCE COMPANY, an Illinois corporation,<br><br>   Defendants. | Case No. 2:19-CV-01284-JCM-VCF<br><br>**CENTEX HOMES' AND AXIS SURPLUS LINES INSURANCE COMPANY'S STIPULATION AND [PROPOSED] ORDER TO EXTEND AXIS' TIME TO RESPOND TO COMPLAINT [SECOND REQUEST]** |

WHEREAS, plaintiff Centex Homes and defendant AXIS Surplus Insurance Company are engaged in mediation before mediator Edwin Oster.

WHEREAS, AXIS' pleading responsive to Centex' complaint in this action is due on June 5, 2020.

WHEREAS, the parties now wish to focus on mediation to determine if their dispute may be amicably resolved.

WHEREFORE, the parties have agreed to extend the deadline for AXIS to respond to the complaint until June 22, 2020. This is the second stipulation filed by the parties for the extension of time for AXIS to file its response to Centex' complaint.

It is so STIPULATED.

Dated:   June 4, 2020                                 PAYNE & FEARS

 

By:  */s/ Sarah J. Odia*
    Scott S. Thomas
    Nevada Bar No. 7937
    Sarah J. Odia
    Nevada Bar No. 11053
    PAYNE & FEARS
    6385 S. Rainbow Blvd., Suite 220
    Las Vegas, NV 89118
    Tel:     702.851.0300
    Fax:    702.851.0315
    Email:  sst@paynefears.com
            sjo@paynefears.com

    Attorneys for Plaintiff
    CENTEX HOMES

///

///

///

///

///

Dated:  June 4, 2020                                          COZEN O'CONNOR

By:  */s/ Michael W. Melendez*
Michael W. Melendez
Nevada Bar No. 6741
COZEN O'CONNOR
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Tel:     702.470.2330
Fax:    702.470.2355
Email:  mmelendez@cozen.com

Attorneys for Defendant
AXIS SURPLUS INSURANCE COMPANY

**ORDER**

Upon the forgoing STIPULATION, it is hereby ORDERED that AXIS Surplus Insurance Company's responsive pleading is due on or before June 22, 2020.

DATED: 6-5-2020

_____
UNITED STATES MAGISTRATE JUDGE