William C. Reeves
State Bar No. 8235
MORALES, FIERRO & REEVES
600 S. Tonopah Drive, Suite 300
Las Vegas, NV 89106
Telephone: 702/699-7822
Facsimile: 702/699-9455
E-mail: wreeves@mfrlegal.com

Attorneys for Defendant
St Paul Fire & Marine Ins. Co.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, | Case No.: 2:19-cv-01284-JCM-VCF |
| Plaintiff, | STIPULATION TO EXTEND THE DEADLINE TO OPPOSE MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT [DKT. NO. 96] AND ORDER |
| v. | |
| FINANCIAL PACIFIC INS. CO., et al. | |
| Defendants. | FIRST REQUEST |
| and related cross-claims | |

Defendant Arch Specialty Insurance Company ("Scottsdale") and Defendant/Crossclaimant St. Paul Fire & Marine Insurance Company ("St. Paul") stipulate and agree by and through counsel as follows:

WHEREAS, On July 29, 2020, Arch filed a Motion for Determination of Good Faith Settlement ("Motion") [Dkt. No. 96] such that the deadline to respond to the Motion, absent an extension, is August 12, 2020;

WHEREAS, St. Paul is evaluating whether it will oppose the Motion and has requested additional documentation and information from Arch as well as an extension of the deadline to respond to the Motion;

WHEREAS, Arch is amenable to extending the deadline for St. Paul to file any response to the Motion;

WHEREFORE, Arch and St. Paul (collectively "Parties") stipulate and agree that, subject

to the Court's approval, the deadline to respond to the Motion be extended to August 24, 2020.

    IT IS SO AGREED.

Dated:  August 11, 2020

| WILSON ELSER MOSKOVITZ EDELMAN & DICKER | MORALES FIERRO & REEVES |
|---|---|
| By: /s/ John H. Podesta<br>John H. Podesta<br>Attorneys for Arch | By: /s/ William C. Reeves<br>William C. Reeves<br>Attorneys for St. Paul |

ORDER

The Court, having considered the stipulation of the Parties and good cause appearing, orders as follows:

The deadline for St. Paul to Respond Motion for Determination of Good Faith Settlement ("Motion") on July 29, 2020 [Dkt. No. 96] is extended to August 24, 2020.

    IT IS SO ORDERED.

Dated:  August 12, 2020.

                                                       UNITED STATES DISTRICT JUDGE