1  ANDREW R. McCLOSKEY, ESQ.
   Nevada State Bar No. 7441
2  McCLOSKEY, WARING, WAISMAN & DRURY LLP
   12671 High Bluff Drive, Suite 350
3  San Diego, CA 92130
   Telephone No.: 619.237.3095
4  Telefax No.: 619.237.3789
   amccloskey@mwwdlaw.com
5
   *Designated for personal service only:*
6  *Christopher L. Blakesley II, Esq.*
   *Nevada State Bar No. 11922*
7  *LBC LAW GROUP*
   *3215 W. Charleston Blvd., Suite 120*
8  *Las Vegas, NV 89102*

9  Attorneys for Defendant and Cross-Defendant
   Navigators Specialty Insurance Company
10

11                    **UNITED STATES DISTRICT COURT**

12                           **DISTRICT OF NEVADA**

13 | CENTEX HOMES, | Case No. 2:19-cv-01284-JCM-VCF |

14 | Plaintiff, | **STIPULATION AND ORDER TO EXTEND NAVIGATORS SPECIALTY INSURANCE COMPANY'S TIME TO RESPOND TO ST. PAUL FIRE & MARINE INS. CO.'S CROSSCLAIM** |

15 v.

16 FINANCIAL PACIFIC INS. CO., et al.

17                    Defendants.

18 ST. PAUL FIRE & MARINE INS. CO.,

19                    Cross Claimant,

20 v.

21 FINANCIAL PACIFIC INSURANCE COMPANY, EVEREST NATIONAL
22 INSURANCE COMPANY, ARCH SPECIALTY INSURANCE COMPANY,
23 INTERSTATE FIRE & CASUALTY COMPANY, LEXINGTON INSURANCE
24 COMPANY, NAVIGATORS SPECIALTY INSURANCE COMPANY, FIRST
25 MERCURY INSURANCE COMPANY, FIRST SPECIALTY INSURANCE
26 CORPORATION, AXIS SURPLUS INSURANCE COMPANY,

27                    Cross-Defendants.

28

1    WHEREAS, St. Paul Fire & Marine Insurance Company ("St. Paul") filed a Crossclaim in which it asserted claims against Navigators Specialty Insurance Company ("Navigators"), among others;

    WHEREAS, Navigators' response to St. Paul's Crossclaim is due on August 26, 2020; and

    WHEREAS, Navigators requires additional time to prepare to file a response to St. Paul's Crossclaim.

    WHEREFORE, the parties have agreed to extend the deadline for Navigators to respond to St. Paul's Crossclaim until September 9, 2020.  This is the first stipulation filed by the parties for the extension of time for Navigators to file its response to St. Paul's Crossclaim.

    IT IS SO STIPULATED.

Dated:  August 25, 2020                    **MORALES, FIERRO & REEVES**

                                           By:  /s/William C. Reeves
                                                William C. Reeves
                                                Attorneys for Defendant and
                                                Cross Claimant
                                                St. Paul Fire & Marine Ins. Co.

Dated:  August 25, 2020                    **McCLOSKEY, WARING,
                                           WAISMAN & DRURY LLP**

                                           By:  /s/Andrew R. McCloskey
                                                Andrew R. McCloskey
                                                Attorneys for Defendant and
                                                Cross-Defendant
                                                Navigators Specialty Insurance
                                                Company

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Upon the forgoing STIPULATION, it is hereby ORDERED that Navigators Specialty Insurance Company's response to St. Paul Fire & Marine Insurance Company's Crossclaim is due on or before September 9, 2020.

8-28-2020

DATED: _____

_____
UNITED STATES MAGISTRATE JUDGE

**PROOF OF SERVICE**

<u>Centex Homes v. Financial Pacific Insurance Company, et al.</u>

Case No. 2:19-cv-01284-JCM-VCF

I, Andrew R. McCloskey, declare as follows:

I am employed with McCloskey, Waring, Waisman & Drury LLP, whose address is 12671 High Bluff Drive, Suite 350, San Diego, CA 92130.

On August 25, 2020, I served the following document:

**STIPULATION AND [PROPOSED] ORDER TO EXTEND NAVIGATORS SPECIALTY INSURANCE COMPANY'S TIME TO RESPOND TO ST. PAUL FIRE & MARINE INS. CO.'S CROSSCLAIM**

on the parties in this action.

**VIA PACER ELECTRONIC SERVICE:** I attached a true and correct copy of the above-entitled document to PACER by electronic transfer for service on all counsel of record by electronic service.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Executed at San Diego, California on August 25, 2020.

                                                           */s/Andrew R. McCloskey*
                                                           Andrew R. McCloskey