# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

CENTEX HOMES,

        Plaintiff,

vs.

FINANCIAL PACIFIC INSURANCE COMPANY, *et al.*,

        Defendant.

2:19-cv-01284-JCM-VCF

**ORDER**

      Before the Court is the Stipulation and Order to Allow Everest National Insurance Company to File Cross-Claim and to Extend Date for Cross-Defendants' Responsive Pleadings (ECF No. 95).

      Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. Oppositions were due on August 14, 2020. Here, no opposition has been filed. It would seem as though the parties have consented to the granting of the instant stipulation.

      Accordingly,

      IT IS HEREBY ORDERED that the Stipulation and Order to Allow Everest National Insurance Company to File Cross-Claim and to Extend Date for Cross-Defendants' Responsive Pleadings (ECF No. 95) is GRANTED.

      IT IS FURTHER ORDERED that:

      1. Everest National Insurance Company may file and serve the amended pleading attached as Exhibit A at the stipulation (ECF No. 95, page 5); and

2. Lexington Insurance Company and AXIS Surplus Insurance Company have until September 25, 2020 or 21 days after service, whichever date is later, to file their respective responsive pleadings.

DATED this 31st day of August, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE