DAVID A. ASTENGO (SBN NV 11045)
dastengo@selmanlaw.com
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Telephone:     415.979.0400
Facsimile:      415.979.2099

ERIC O. FREEMAN (SBN NV 6684)
efreeman@selmanlaw.com
SELMAN BREITMAN LLP
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Telephone:     702.228.7717
Facsimile:      702.228.8824
<u>Designated For Nevada Service</u>
<u>(Per L.R. IA 11-1(b)(2))</u>

Attorneys for Defendant/Counterclaimant,
EVEREST NATIONAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>            Plaintiff,<br><br>      v.<br><br>FINANCIAL PACIFIC INSURANCE COMPANY, et al.,<br><br>            Defendants. | Case No. 2:19-cv-01284-JCM-VCF<br><br>MOTION TO REMOVE COUNSEL FROM SERVICE LIST AND DESIGNATION OF NEW COUNSEL PURSUANT TO LOCAL RULE IA 11-1(B)(2) |
| EVEREST NATIONAL INSURANCE COMPANY,<br><br>            Counter-claimant,<br><br>      v.<br><br>CENTEX HOMES,<br><br>            Counter-defendant. | |

1

MOTION TO REMOVE COUNSEL FROM SERVICE LIST AND DESIGNATION OF NEW COUNSEL

1062 46874 4834-9231-3290 .v2

Defendant/Counterclaimant, Everest National Insurance Company (hereinafter "Everest"), by and through its counsel of record, David A. Astengo, Selman Breitman LLP, moves this Court to remove attorneys Wendy M. Schenk, Gil Glancz and Eric Powers from the CM/ECF service list of this case.  Everest designates, Eric O. Freeman, Nevada State Bar No. 6684, Selman Breitman, LLP, 3993 Howard Hughes Parkway, Suite 200, Las Vegas, NV 89169-0961, efreeman@selmanlaw.com, for Nevada service pursuant to Local Rule IA 11-1(b)(2), and requests that Eric. O. Freeman be included on the CM/ECF service list of this case.  David A. Astengo of Selman Breitman LLP will serve as counsel of record for Everest.

DATED:  September 8, 2020               SELMAN BREITMAN LLP

By: /s/David A. Astengo
    DAVID A. ASTENGO
    NEVADA STATE BAR NO. 11045
    Attorneys for Defendant/Counterclaimant,
    EVEREST NATIONAL INSURANCE COMPANY

ERIC S. FREEMAN
NEVADA STATE BAR NO. 6684
efreeman@selmanlaw.com
SELMAN BREITMAN LLP
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Telephone:    702.228.7717
Facsimile:     702.228.8824
Designated For Nevada Service
(Per L.R. IA 11-1(b)(2))

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

Dated: 9-9-2020
_____

1  In accordance with Rule 5(b) of the Federal Rules of Civil Procedure, I hereby certify that I am an employee of SELMAN BREITMAN LLP and that on September 8, 2020, a copy of MOTION TO REMOVE COUNSEL FROM SERVICE LIST AND DESIGNATION OF NEW COUNSEL PURSUANT TO LOCAL RULE IA 11-1(b)(2) was served on all CM/ECF registered parties by filing and serving the same using the CM/ECF filing system.

   /s/Shannon Gaffey
   SHANNON GAFFEY
   An Employee of Selman Breitman LLP