ANDREW R. McCLOSKEY, ESQ.
Nevada State Bar No. 7441
McCLOSKEY, WARING, WAISMAN & DRURY LLP
12671 High Bluff Drive, Suite 350
San Diego, CA 92130
Telephone No.: 619.237.3095
Telefax No.: 619.237.3789
amccloskey@mwwdlaw.com

*Designated for personal service only:*
Christopher L. Blakesley II, Esq.
Nevada State Bar No. 11922
LBC LAW GROUP
3215 W. Charleston Blvd., Suite 120
Las Vegas, NV 89102

Attorneys for Defendant and Cross-Defendant
Navigators Specialty Insurance Company

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CENTEX HOMES,<br><br>                Plaintiff,<br><br>  v.<br><br>FINANCIAL PACIFIC INS. CO., et al.<br><br>                Defendants. | Case No. 2:19-cv-01284-JCM-VCF<br><br>**SECOND STIPULATION AND ORDER TO EXTEND NAVIGATORS SPECIALTY INSURANCE COMPANY'S TIME TO RESPOND TO ST. PAUL FIRE & MARINE INS. CO.'S CROSSCLAIM** |
| ST. PAUL FIRE & MARINE INS. CO.,<br><br>                Cross Claimant,<br>  v.<br><br>FINANCIAL PACIFIC INSURANCE COMPANY, EVEREST NATIONAL INSURANCE COMPANY, ARCH SPECIALTY INSURANCE COMPANY, INTERSTATE FIRE & CASUALTY COMPANY, LEXINGTON INSURANCE COMPANY, NAVIGATORS SPECIALTY INSURANCE COMPANY, FIRST MERCURY INSURANCE COMPANY, FIRST SPECIALTY INSURANCE CORPORATION, AXIS SURPLUS INSURANCE COMPANY,<br><br>                Cross-Defendants. | |

WHEREAS, St. Paul Fire & Marine Insurance Company ("St. Paul") filed a Crossclaim in which it asserted claims against Navigators Specialty Insurance Company ("Navigators"), among others;

WHEREAS, pursuant to the first Stipulation and Order to Extend Navigators' Time to Respond to St. Paul's Crossclaim, Navigators' response to St. Paul's Crossclaim is due on September 9, 2020; and

WHEREAS, Navigators requires additional time to prepare to file a response to St. Paul's Crossclaim.

WHEREFORE, the parties have agreed to extend the deadline for Navigators to respond to St. Paul's Crossclaim until September 23, 2020, for a total extension of 30 days from the original date on which the response was due.  This is the second stipulation filed by the parties for the extension of time for Navigators to file its response to St. Paul's Crossclaim.

IT IS SO STIPULATED.

Dated:  September 8, 2020               **MORALES, FIERRO & REEVES**


By:   /s/William C. Reeves
        William C. Reeves
        Attorneys for Defendant and
        Cross Claimant
        St. Paul Fire & Marine Ins. Co.


Dated:  September 8, 2020               **McCLOSKEY, WARING,**
                                        **WAISMAN & DRURY LLP**


By:   /s/Andrew R. McCloskey
        Andrew R. McCloskey
        Attorneys for Defendant and
        Cross-Defendant
        Navigators Specialty Insurance
        Company

**ORDER**

Upon the forgoing STIPULATION, it is hereby ORDERED that Navigators Specialty Insurance Company's response to St. Paul Fire & Marine Insurance Company's Crossclaim is due on or before September 23, 2020.

DATED: 9-9-2020

UNITED STATES MAGISTRATE JUDGE

# PROOF OF SERVICE

<u>Centex Homes v. Financial Pacific Insurance Company, et al.</u>

Case No. 2:19-cv-01284-JCM-VCF

I, Andrew R. McCloskey, declare as follows:

I am employed with McCloskey, Waring, Waisman & Drury LLP, whose address is 12671 High Bluff Drive, Suite 350, San Diego, CA 92130.

On September 8, 2020, I served the following document:

**SECOND STIPULATION AND [PROPOSED] ORDER TO EXTEND NAVIGATORS SPECIALTY INSURANCE COMPANY'S TIME TO RESPOND TO ST. PAUL FIRE & MARINE INS. CO.'S CROSSCLAIM**

on the parties in this action.

**VIA PACER ELECTRONIC SERVICE:** I attached a true and correct copy of the above-entitled document to PACER by electronic transfer for service on all counsel of record by electronic service.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Executed at San Diego, California on September 8, 2020.

/s/Andrew R. McCloskey
Andrew R. McCloskey