1  Scott S. Thomas, NV Bar No. 7937
   sst@paynefears.com
2  Sarah J. Odia, NV Bar No. 11053
   sjo@paynefears.com
3  Hilary Williams, NV Bar No. 14645
   haw@paynefears.com
4  PAYNE & FEARS LLP
   6385 S. Rainbow Blvd., Suite 220
5  Las Vegas, Nevada 89118
   Telephone: (702) 851-0300
6  Facsimile: (702) 851-0315

7  Attorneys for CENTEX HOMES

8              **UNITED STATES DISTRICT COURT**

9                 **DISTRICT OF NEVADA**

10  CENTEX HOMES, a Nevada general          Case No.: 2:19-cv-01284-JCM-VCF
    partnership,
11
                                            **STIPULATION AND  ORDER TO**
12          Plaintiff,                       **EXTEND DISCOVERY**
                                            **DEADLINES**
13      v.
                                            **(First Request)**
14  FINANCIAL PACIFIC INSURANCE
    COMPANY, a California corporation;
15  EVEREST NATIONAL INSURANCE
    COMPANY, a Delaware corporation; ST.
16  PAUL FIRE AND MARINE INSURANCE
    COMPANY, a Connecticut corporation;
17  ARCH SPECIALTY INSURANCE
    COMPANY, a Nebraska corporation;
18  INTERSTATE FIRE & CASUALTY
    COMPANY, an Illinois corporation;
19  LEXINGTON INSURANCE COMPANY, a
    Delaware corporation; NAVIGATORS
20  SPECIALTY INSURANCE COMPANY, a
    New York corporation; FEDERAL
21  INSURANCE COMPANY, an Indiana
    corporation; FIRST MERCURY
22  INSURANCE COMPANY, an Illinois
    corporation; FIRST SPECIALTY
23  INSURANCE CORPORATION, a Missouri
    corporation; and AXIS SURPLUS
24  INSURANCE COMPANY, an Illinois
    corporation,
25
26
            Defendants.
27

28

Plaintiff Centex Homes ("Centex") and Defendants Financial Pacific Insurance Company ("Financial Pacific"), Everest National Insurance Company ("Everest"), St. Paul Fire & Marine Insurance Company ("St. Paul"), Arch Specialty Insurance Company ("Arch"), Interstate Fire & Casualty Company ("Interstate"), Lexington Insurance Company ("Lexington"), Navigators Specialty Insurance Company ("Navigators"), First Mercury Insurance Company ("First Mercury"),  First Specialty Insurance Corporation ("First Specialty"), and Axis Surplus Insurance Company ("Axis", and together with Financial Pacific, Everest, St. Paul, Arch, Interstate, Lexington, Navigators, First Mercury, and First Specialty, the "Defendants"),[1] by and through their respective counsel of record, hereby stipulate to extend certain deadlines within the Scheduling Order entered by this Court on December 26, 2019 by sixty (60) days pursuant to LR 26-4. (ECF No. 57). This is the first stipulation to extend discovery deadlines.

Centex and Defendants (together, the "Parties") require additional time for discovery because they have made significant progress towards settlement since their mediation on April 30, 2020. The Parties want to continue to try to resolve the case informally without incurring expert costs. Centex has settled with Financial Pacific, Arch, First Specialty, and Federal and has had meaningful settlement negotiations with the remaining defendants. The Parties' expert reports are due on October 16, 2020; however, the Parties do not want to expend resources that could be used for settlement on preparing expert reports.

Good cause exists for the requested extension. The Parties have been diligent in performing discovery; however, the Parties seek an extension to avoid expending the significant costs associated with expert reports. This Stipulation is submitted more than twenty-one (21) days before the expiration of the first deadline that Parties stipulate to continue: The expert disclosure deadline, which is currently October 16, 2020.

1. **Discovery That Has Been Completed**

The Parties have completed the following discovery:

- Arch made its initial disclosures on December 23, 2019;

---

[1] Federal Insurance Company has been dismissed from this action. (ECF No. 79).

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD, SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300

- St. Paul served requests for production on Centex on December 26, 2019;

- Everest, Lexington, and Navigators made their initial disclosures on January 13, 2020;

- Centex and Financial Pacific made their initial disclosures on January 14, 2020;

- Centex responded to St. Paul's requests for production on January 20, 2020;

- Interstate served requests for production and interrogatories on Centex on March 6, 2020;

- Centex served requests for admission, requests for production, and interrogatories on Everest and on St. Paul on April 2, 2020;

- Centex served requests for admission, requests for production, and interrogatories on First Mercury and on Interstate on April 6, 2020;

- Centex served  requests for admission, requests for production, and interrogatories on Navigators on April 7, 2020;

- Centex supplemented its initial disclosures on April 22, 2020 and April 23, 2020;

- First Specialty served its first set of requests for production and interrogatories on Centex date May 5, 2020;

- Everest served requests for production on Lexington on May 5, 2020;

- Navigators responded to Centex's requests for admission, requests for production, and interrogatories on May 7, 2020;

- Centex served requests for admission, requests for production, and interrogatories on Financial Pacific, on Lexington and on First Specialty on May 8, 2020;

- Everest served requests for production on Navigators on May 12, 2020;

- Financial Pacific responded to Centex's requests for admission, requests for production, and interrogatories on June 5, 2020;

- First Mercury responded to Centex's requests for admission, requests for production, and interrogatories on June 10, 2020;

- Everest responded to Centex's requests for admission, requests for production, and interrogatories on June 12, 2020;

- Navigators responded to Everest's requests for production on June 15, 2020;

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD, SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300

Case No.: 2:19-cv-01284-JCM-VCF

- Everest served requests for admission, requests for production, and interrogatories on Centex on June 29, 2020;

- Everest served requests for production and interrogatories on Axis on June 30, 2020;

- Lexington responded to Everest's requests for production on July 8, 2020;

- First Specialty responded to Centex's requests for admission, requests for production, and interrogatories on July 10, 2020;

- Centex served requests for admission, requests for production, and interrogatories on Axis on July 13, 2020;

- Centex responded to First Specialty's first set of requests for production and interrogatories on July 20, 2020;

- First Specialty served its first set of requests for admissions and second set of interrogatories on Centex on August 3, 2020;

- Centex responded to Interstate's requests for production and interrogatories on August 5, 2020;

- Centex responded to Everest's requests for admission, requests for production, and interrogatories on August 12, 2020;

- Interstate responded to Centex's requests for admission, requests for production, and interrogatories on August 17, 2020;

- Axis made its initial disclosures on September 1, 2020; and

**2. <u>Discovery That Remains to be Completed</u>**

If the case is not resolved, the Parties must complete the following discovery:

- The Parties will disclose expert witnesses and produce expert reports and possibly rebuttal reports to any expert report produced by other Parties;

- Defendants will take the depositions of Rule 30(b)(6) witnesses, other percipient witnesses, and the expert witnesses of Centex and each other;

- The Parties will respond to the outstanding written discovery requests and issue any appropriate further written discovery;

- Centex will take the depositions of the Rule 30(b)(6) witnesses for all Defendants;

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD, SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300

- Centex will take the depositions of any and all claim adjusters identified by any of the Defendants; and

- Centex will take the depositions of experts disclosed by the Defendants.

**3.     Reasons Why Remaining Discovery Was Not Completed**

Discovery has not been completed because the Parties have been attempting to settle the case. The Parties participated in a mediation on April 30, 2020, and made substantial progress towards resolving the case by continuing their work with the mediator and communicating directly. Centex has settled with four defendants (Financial Pacific, Arch, First Specialty, and Federal) and continues to have meaningful negotiations with the remaining Defendants. The Parties' time, attention, and resources would be better spent focusing on settlement rather than incurring additional costs that may delay resolution.

**4.     Proposed Schedule for Completing All Remaining Discovery**

The Parties hereby stipulate to the following schedule for completing all remaining discovery:

**Discovery Cut-Off Date**.

The amended discovery cut-off date is **February 15, 2021**.

**Fed. R. Civ. P. 26(a)(2) Disclosure (Experts)**.

Disclosures identifying experts and final expert reports shall be made by **December 17, 2020**. This is 60 days before the discovery cut-off date.  Rebuttal expert disclosures shall be made by **January 18, 2021,** which is the next business day after 30 days from the initial disclosure of experts.

**Dispositive Motions**.

The parties shall have until **March 17, 2021** to file dispositive motions, which is 30 days after the close of discovery.

**Joint Pretrial Order**.

The Joint Pretrial Order shall be filed no later than **April 16, 2021**, which is thirty (30) days after the date set for the filing of dispositive motions. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD, SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300

1    decision on the dispositive motions or by further order of the Court.

2

| | |
|---|---|
| Dated: September 25, 2020 | Dated: September 25, 2020 |
| PAYNE & FEARS LLP | MORALES, FIERRO & REEVES |
| By: _/s/ Sarah J. Odia_<br>Scott S. Thomas, Esq.<br>Sarah J. Odia, Esq.<br>6385 S. Rainbow Blvd., Ste. 220<br>Las Vegas, NV 89118<br>Telephone: (702) 851-0300 | By: _/s/ William C. Reeves_<br>William C. Reeves, Esq.<br>600 S. Tonopah Drive, Ste. 300<br>Las Vegas, NV 89106<br>Telephone: (702) 699-7822 |
| Attorneys for Plaintiff CENTEX HOMES | Attorney for Defendant ST. PAUL FIRE & MARINE INSURANCE COMPANY |
| Dated: September 25, 2020 | Dated: September 25, 2020 |
| YARON & ASSOCIATES | CARMAN COONEY FORBUSH PLLC |
| By: _/s/ George Yaron_<br>George Yaron, Esq.<br>1300 Clay Street, Ste. 800<br>Oakland, CA 94612<br>Telephone: (415) 658-2929 | By: _/s/ Benjamin Carman_<br>Benjamin Carman, Esq.<br>4045 Spencer Street, Ste. A47<br>Las Vegas, NV 89119<br>Telephone: (702) 421-0111 |
| Attorney for Defendant FINANCIAL PACIFIC INSURANCE COMPANY | Attorney for Defendant INTERSTATE FIRE & CASUALTY COMPANY |
| Dated: September 25, 2020 | Dated: September 25, 2020 |
| SELMAN BREITMAN LLP | GRAD LAW FIRM |
| By: _/s/ David Astengo_<br>David Astengo, Esq.<br>33 New Montgomery, Sixth Floor<br>San Francisco, CA 94105-4537<br>Telephone: (415) 979-0400 | By: _/s/ Laleague Grad_<br>Laleague Grad, Esq.<br>9988 Hibert Street, Suite 202<br>San Diego, California 92131<br>Telephone: (858) 271-8830 |
| Attorney for Defendant EVEREST NATIONAL INSURANCE COMPANY | Attorney for Defendant FIRST SPECIALTY INSURANCE CORPORATION |

(Signatures continued on next page)

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD, SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300

| Dated: September 25, 2020 | Dated: September 25, 2020 |
|---|---|
| SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC | MCCLOSKEY, WARING, WAISMAN & DRURY LLP |
| By:     _/s/ John Meno_<br>Randolph P. Sinnott, Esq.<br>John Meno, Esq.<br>550 S. Hope Street, Ste. 2350<br>Los Angeles, CA 90071-2618<br>Telephone: (213) 996-4200 | By:     _/s/ Andrew McCloskey_<br>Andrew McCloskey, Esq.<br>12671 High Bluff Drive, Ste. 350<br>San Diego, CA 92130<br>Telephone: (619) 237-3095 |
| Attorney for Defendant FIRST MERCURY INSURANCE COMPANY | Attorney for Defendant NAVIGATORS SPECIALTY INSURANCE CORPORATION |
| Dated: September 25, 2020 | Dated: September 25, 2020 |
| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER | COZEN O'CONNOR |
| By:     _/s/ John H. Podesta_<br>John H. Podesta, Esq.<br>525 Market Street, 17th Floor<br>San Francisco, CA 94105-2725<br>Telephone: (415) 433-0990 | By:     _/s/ Michael W. Melendez_<br>Michael W. Melendez, Esq.<br>101 Montgomery Street, Suite 1400<br>San Francisco, CA 94104<br>Telephone: (415) 593-9610 |
| Attorney for Defendant ARCH SPECIALTY INSURANCE COMPANY | Attorney for Defendant AXIS SURPLUS INSURANCE COMPANY |

(Signatures continued on next page)

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD, SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300

Dated: September 25, 2020

HEROLD & SAGER

By:   _/s/ Andrew D. Herold_
    Andrew D. Herold, Esq.
    3960 Howard Hughes Pkwy., Ste. 500
    Las Vegas, NV 89169
    Telephone: (702) 990-3624

Attorney for Defendant LEXINGTON
INSURANCE COMPANY

## ORDER

IT IS SO ORDERED.

DATED:    9-25-2020

_____
UNITED STATES MAGISTRATE JUDGE

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD, SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300