1  Scott S. Thomas, NV Bar No. 7937
   sst@paynefears.com
2  Sarah J. Odia, NV Bar No. 11053
   sjo@paynefears.com
3  PAYNE & FEARS LLP
   6385 S. Rainbow Blvd., Suite 220
4  Las Vegas, Nevada 89118
   Telephone: (702) 851-0300
5  Facsimile: (702) 851-0315

6  Attorneys for CENTEX HOMES

7

8              **UNITED STATES DISTRICT COURT**

9                  **DISTRICT OF NEVADA**

10 CENTEX HOMES, a Nevada general          Case No.:  2:19-cv-01284-JCM-VCF
   partnership,
11
                Plaintiff,
12
        v.
13                                         **STIPULATION FOR DISMISSAL
                                           WITH PREJUDICE OF DEFENDANT
14 FINANCIAL PACIFIC INSURANCE             FIRST SPECIALTY INSURANCE
   COMPANY, a California corporation;      CORPORATION AND
15 EVEREST NATIONAL INSURANCE              ORDER**
   COMPANY, a Delaware corporation; ST.
16 PAUL FIRE AND MARINE INSURANCE
   COMPANY, a Connecticut corporation;
17 ARCH SPECIALTY INSURANCE
   COMPANY, a Nebraska corporation;
18 INTERSTATE FIRE & CASUALTY
   COMPANY, an Illinois corporation;
19 LEXINGTON INSURANCE COMPANY,
   a Delaware corporation; NAVIGATORS
20 SPECIALTY INSURANCE COMPANY, a
   New York corporation; FEDERAL
21 INSURANCE COMPANY, an Indiana
   corporation; FIRST MERCURY
22 INSURANCE COMPANY, an Illinois
   corporation; FIRST SPECIALTY
23 INSURANCE CORPORATION, a
   Missouri corporation; and AXIS SURPLUS
24 INSURANCE COMPANY, an Illinois
   corporation,
25
26              Defendants.
27
28
                              -1-         Case No. 2:19-cv-01284-JCM-VCF

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD., SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300

1    IT IS HEREBY STIPULATED by and between Plaintiff CENTEX HOMES ("Plaintiff")

2  and Defendant FIRST SPECIALTY INSURANCE CORPORATION ("Defendant"), through their

3  respective attorneys of record, that Plaintiff's Complaint filed against Defendant shall be dismissed

4  with prejudice pursuant to FRCP 41(a)(2).  Each party shall bear their own attorneys' fees and costs.

| Dated: December 4, 2020 | Dated: December 4, 2020 |
|---|---|
| PAYNE & FEARS LLP | THE GRAD LAW FIRM |
| By: ___/s/ Sarah J. Odia_____<br>    Sarah J. Odia, Esq.<br>    6385 S. Rainbow Blvd, Suite 220<br>    Las Vegas, NV 89118<br>    (702) 851-0300 | By: ___/s/ Laleaque Grad_____<br>    Laleaque Grad, Esq.<br>    8275 S. Eastern Avenue, Suite 200-352<br>    Las Vegas, NV 89123<br>    (702) 990-8387 |
| Attorneys for Plaintiff<br>CENTEX HOMES | Attorneys for Defendant FIRST SPECIALTY<br>INSURANCE CORPORATION |

### ORDER

    IT IS SO ORDERED that Plaintiff's claims against Defendant First Specialty Insurance

Corporation in the instant matter, Case No. 2:19-cv-01284-JCM-VCF, are dismissed with prejudice.

Plaintiff and Defendant shall bear their own attorneys' fees and costs.

DATED: _____   December 11, 2020.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE

STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT
FIRST SPECIALTY INSURANCE CORPORATION AND [PROPOSED] ORDER

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD., SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300