DAVID A. ASTENGO (SBN NV 11045)
dastengo@selmanlaw.com
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Telephone:    415.979.0400
Facsimile:    415.979.2099

Eric O. Freeman (SBN NV 6648)
efreeman@selmanlaw.com
SELMAN BREITMAN LLP
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Telephone:    702.228.7717
Facsimile:    702.228.8824
<u>Designated For Nevada Service
(Per L.R. IA 11-1(b)(2))</u>

Attorney Defendant, Counterclaimant and Cross-defendant,
EVEREST NATIONAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES,<br><br>    Plaintiff,<br><br>    v.<br><br>FINANCIAL PACIFIC INSURANCE COMPANY, et al,<br><br>    Defendants. | Case No. 2:19-CV-01284-JCM-VCF<br><br>ST. PAUL FIRE & MARINE INSURANCE COMPANY'S AND EVEREST NATIONAL INSURANCE COMPANY'S JOINT MOTION TO HAVE ST. PAUL FIRE & MARINE INSURANCE COMPANY CROSSCLAIMS AS TO EVEREST NATIONAL INSURANCE COMPANY DISMISSED WITHOUT PREJUDICE. |
| ST. PAUL FIRE & MARINE INSURANCE COMPANY,<br><br>    Cross-Claimant,<br><br>    v.<br><br>FINANCIAL PACIFIC INSURANCE COMPANY, EVEREST NATIONAL INSURANCE COMPANY, ARCH | |

1

| | |
|---|---|
| SPECIALTY INSURANCE COMPANY, INTERSTATE FIRE & CASUALTY COMPANY, LEXINGTON INSURANCE COMPANY, NAVIGATORS SPECIALTY INSURANCE COMPANY, FIRST MERCURY INSURANCE COMPANY, FIRST SPECIALTY INSURANCE CORPORATION, AXIS SURPLUS INSURANCE COMPANY, | |
| v. | |
| Cross-Defendants. | |

## JOINT MOTION FOR DISMISSAL WITHOUT PREJUDICE OF ST. PAUL FIRE & MARINE INSURANCE COMPANY'S CROSSCLAIMS AGAINST EVEREST NATIONAL INSURANCE COMPANY

Defendant and Crossclaimant, St. Paul Fire & Marine Insurance Company, by and through its attorney of record, William C. Reeves, Morales Fierro & Reeves, and Defendant and Cross-Defendant, Everest National Insurance Company, through its attorney of record, David A. Astengo, hereby move the Court, and pursuant to Federal Rule of Civil Procedure 41(a)(2), and L.R. 7-1, for an Order that Everest National Insurance Company be dismissed without prejudice from the Crossclaim filed by St. Paul Fire & Marine Insurance Company on August 5, 2020, with each party bearing their own attorney's fees and costs.

DATED: September 9, 2020         MORALES FIERRO & REEVES


By: /s/William C. Reeves
WILLIAM C. REEVES
Attorneys For Defendant and Crossclaimant,
ST. PAUL FIRE & MARINE INSURANCE COMPANY

1  DATED: September 9, 2020                SELMAN BREITMAN LLP

3                                          By: */s/David A. Astengo*
4                                          DAVID A. ASTENGO
                                           Attorneys For Defendant and Cross-defendant,
                                           EVEREST NATIONAL INSURANCE
5                                          COMPANY

7                                          **ORDER**

8    Good cause appearing, it is hereby ordered that all crossclaims asserted by Defendant and Cross-claimant, St. Paul Fire & Marine Insurance Company, against Defendant, Counterclaimant and Cross-Defendant, Everest National Insurance Company, are dismissed without prejudice, each side to bear its own attorney's fees and costs.

    IT IS SO ORDERED.

15  DATED: January 13, 2021.              _____
16                                         UNITED STATES DISTRICT JUDGE

---

3

Joint Motion To Dismiss St. Paul's Crossclaims As To Everest – Case No. 2:19-CV-01284-JCM-VCF

1062 46874 4821-1460-1161 .v2

In accordance with Rule 5(b) of the Federal Rules of Civil Procedure, I hereby certify that I am an employee of SELMAN BREITMAN LLP and that on September 9, 2020, a copy of ST. PAUL FIRE & MARINE INSURANCE COMPANY'S AND EVEREST NATIONAL INSURANCE COMPANY'S JOINT MOTION TO HAVE ST. PAUL FIRE & MARINE INSURANCE COMPANY'S CROSSCLAIMS AS TO EVEREST NATIONAL INSURANCE COMPANY DISMISSED WITHOUT PREJUDICE was served on all CM/ECF registered parties by filing and serving the same using the CM/ECF filing system.

>      */s/Shannon Gaffey*
> SHANNON GAFFEY
> An Employee of Selman Breitman LLP