Scott S. Thomas, NV Bar No. 7937
sst@paynefears.com
Sarah J. Odia, NV Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for CENTEX HOMES

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>        Plaintiff,<br><br>    v.<br><br>FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation; ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; FIRST MERCURY INSURANCE COMPANY, an Illinois corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation; and AXIS SURPLUS INSURANCE COMPANY, an Illinois corporation,<br><br>        Defendants. | Case No.: 2:19-cv-01284-JCM-VCF<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT ST. PAUL FIRE AND MARINE INSURANCE COMPANY AND [PROPOSED] ORDER** |

1  IT IS HEREBY STIPULATED by and between Plaintiff CENTEX HOMES ("Plaintiff")
2  and Defendant ST. PAUL FIRE AND MARINE INSURANCE COMPANY ("Defendant"), through
3  their respective attorneys of record, that Plaintiff's Complaint filed against Defendant shall be
4  dismissed with prejudice pursuant to FRCP 41(a)(2). Each party shall bear their own attorneys' fees
5  and costs.

| Dated: February 2, 2021 | Dated: February 2, 2021 |
|---|---|
| PAYNE & FEARS LLP | MORALES, FIERRO & REEVES |
| By:    */s/ Sarah J. Odia*<br>    Sarah J. Odia, Esq.<br>    6385 S. Rainbow Blvd, Suite 220<br>    Las Vegas, NV 89118<br>    (702) 851-0300 | By:    */s/ William C. Reeves*<br>    William C. Reeves, Esq.<br>    600 S. Tonopah Drive, Suite 300<br>    Las Vegas, NV 89106<br>    (702) 699-7822 |
| Attorneys for Plaintiff CENTEX HOMES | Attorneys for Defendant ST. PAUL FIRE AND MARINE INSURANCE COMPANY |

**ORDER**

IT IS SO ORDERED that Plaintiff's claims against Defendant St. Paul Fire And Marine Insurance Company in the instant matter, Case No. 2:19-cv-01284-JCM-VCF, are dismissed with prejudice. Plaintiff and Defendant shall bear their own attorneys' fees and costs.

DATED: February 5, 2021.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE