1  William C. Reeves
   State Bar No. 8235
2  MORALES, FIERRO & REEVES
   600 S. Tonopah Drive, Suite 300
3  Las Vegas, NV 89106
   Telephone: 702/699-7822
4  Facsimile: 702/699-9455
   E-mail: wreeves@mfrlegal.com
5
   Attorneys for Defendant
6  St Paul Fire & Marine Ins. Co.

7

8

                    UNITED STATES DISTRICT COURT
9
                         DISTRICT OF NEVADA
10

11 CENTEX HOMES,                    )  Case No.: 2:19-cv-01284-JCM-VCF
                                    )
12           Plaintiff,             )  STIPULATION TO DISMISS
                                    )  CROSSCLAIM [Dkt. No. 101]
13     v.                           )
                                    )
14 FINANCIAL PACIFIC INS. CO., et al.)
                                    )
15           Defendants.            )
                                    )
16 ─────────────────────────────────  )
                                    )
   and related cross-claims         )
17                                  )

18        Crossclaimant St. Paul Fire & Marine Insurance Company ("St. Paul") and Cross-

19 Defendants Arch Specialty Insurance Company, Axis Surplus Insurance Company, Financial

20 Pacific Insurance Company, First Mercury Insurance Company, First Specialty Insurance

21 Corporation, Interstate Fire & Casualty Company, Lexington Insurance Company and Navigators

22 Specialty Insurance Company, by and through counsel and pursuant to a settlement reached in this

23 case, stipulate to the dismissal of the Crossclaim filed by St. Paul [Dkt. No. 101] with prejudice

24 with all parties bearing their own fees and costs.[1]

25 ///

26 ///

27 ///

28 ─────────────────────────
   [1] Cross-Defendant Everest National Insurance Company was previously dismissed. Dkt. No. 134.

                                    1
   STIPULATION                                          Case No : 2:19-cv-01284-JCM-VCF

IT IS SO AGREED.

Dated: February 12, 2021

| MORALES, FIERRO & REEVES | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER |
|---|---|
| By: /s/ William C. Reeves<br>William C. Reeves, Esq.<br>600 S. Tonopah Drive, Ste. 300<br>Las Vegas, NV 89106<br>Telephone: (702) 699-7822 | By: /s/ John H. Podesta<br>John H. Podesta, Esq.<br>525 Market Street, 17th Floor<br>San Francisco, CA 94105-2725<br>Telephone: (415) 433-0990 |
| Attorney for Crossclaimant ST. PAUL FIRE & MARINE INSURANCE COMPANY | Attorney for Cross-Defendant ARCH SPECIALTY INSURANCE COMPANY |
| COZEN O'CONNOR | YARON & ASSOCIATES |
| By: /s/ Michael W. Melendez<br>Michael W. Melendez, Esq.<br>101 Montgomery Street, Suite 1400<br>San Francisco, CA 94104<br>Telephone: (415) 593-9610 | By: /s/ George Yaron<br>George Yaron, Esq.<br>1300 Clay Street, Ste. 800<br>Oakland, CA 94612<br>Telephone: (415) 658-2929 |
| Attorney for Cross-Defendant AXIS SURPLUS INSURANCE COMPANY | Attorney for Cross-Defendant FINANCIAL PACIFIC INSURANCE COMPANY |
| SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC | GRAD LAW FIRM |
| By: /s/ Randolph P. Sinnott<br>Randolph P. Sinnott, Esq.<br>John Meno, Esq.<br>550 S. Hope Street, Ste. 2350<br>Los Angeles, CA 90071-2618<br>Telephone: (213) 996-4200 | By: /s/ Laleaque Grad<br>Laleaque Grad, Esq.<br>9988 Hibert Street, Suite 202<br>San Diego, California 92131<br>Telephone: (858) 271-8830 |
| Attorney for Cross-Defendant FIRST MERCURY INSURANCE COMPANY | Attorney for Cross-Defendant FIRST SPECIALTY INSURANCE CORPORATION |

///

///

///

///

2

STIPULATION                                                                                   Case No : 2:19-cv-01284-JCM-VCF

| | |
|---|---|
| CARMAN COONEY FORBUSH PLLC | HEROLD & SAGER |
| By: /s/ Benjamin Carman<br>Benjamin Carman, Esq.<br>4045 Spencer Street, Ste. A47<br>Las Vegas, NV 89119<br>Telephone: (702) 421-0111 | By: /s/ Andrew D. Herold<br>Andrew D. Herold, Esq.<br>3960 Howard Hughes Pkwy., Ste. 500<br>Las Vegas, NV 89169<br>Telephone: (702) 990-3624 |
| Attorney for Cross-Defendant INTERSTATE FIRE & CASUALTY COMPANY | Attorney for Cross-Defendant LEXINGTON INSURANCE COMPANY |

MCCLOSKEY, WARING, WAISMAN & DRURY LLP

By: /s/ Andrew McCloskey
    Andrew McCloskey, Esq.
    12671 High Bluff Drive, Ste. 350
    San Diego, CA 92130
    Telephone: (619) 237-3095

Attorney for Cross-Defendant NAVIGATORS SPECIALTY INSURANCE CORPORATION

## ORDER

The Court, having considered the stipulation of the parties and good cause appearing, orders as follows:

The Crossclaim filed by St. Paul [Dkt. No. 101] is dismissed with prejudice with all parties bearing their own fees and costs.

IT IS SO ORDERED.

Dated: February 17, 2021.

                                                           UNITED STATES DISTRICT JUDGE