1   DAVID A. ASTENGO (SBN NV 11045)
    dastengo@selmanlaw.com
2   SELMAN BREITMAN LLP
    33 New Montgomery, Sixth Floor
3   San Francisco, CA 94105-4537
    Telephone:     415.979.0400
4   Facsimile:     415.979.2099

5   Eric O' Freeman (SBN NV 6684)
    efreeman@selmanlaw.com
6   SELMAN BREITMAN LLP
    3993 Howard Hughes Parkway, Suite 200
7   Las Vegas, NV 89169-0961
    Telephone:     702.228.7717
8   Facsimile:     702.228.8824
    <u>Designated For Nevada Service</u>
9   <u>(Per L.R.A. IA 11-1(b)(1))</u>

10  Attorneys for Defendant/Counterclaimant/Cross-Complainant
    EVEREST NATIONAL INSURANCE COMPANY

11              UNITED STATES DISTRICT COURT,

12                 DISTRICT OF NEVADA

13

14  CENTEX HOMES,                              Case No. 2:19-cv-01284-JCM-VCF

                Plaintiff,
15
                                              **STIPULATION AND ORDER TO**
16          v.                                **EXTEND THE DEADLINE TO FILE**
                                              **DISPOSITIVE MOTIONS**
17  FINANCIAL PACIFIC INSURANCE
    COMPANY, a California corporation;        **(Second Request)**
18  EVEREST NATIONAL INSURANCE
    COMPANY, a Delaware Corporation; ST.
19  PAUL FIRE AND MARINE INSURANCE
    COMPANY, a Connecticut Corporation;
20  ARCH SPECIALTY INSURANCE
    COMPANY, a Nebraska corporation;
21  INTERSTATE FIRE & CASUALTY
    COMPANY, an Illinois corporation;
22  LEXINGTON INSURANCE COMPANY, a
    Delaware corporation; NAVIGATORS
23  SPECIALTY INSURANCE COMPANY, a
    New York corporation; FEDERAL
24  INSURANCE COMPANY, an Indiana
    corporation; FIRST MERCURY
25  INSURANCE COMPANY, an Illinois
    corporation; FIRST SPECIALTY
26  INSURANCE CORPORATION, a Missouri
    corporation; AXIS SURPLUS INSURANCE
27  COMPANY, an Illinois corporation,

28              Defendants.

1062 46874 4826-5383-1133 .v3

Selman Breitman LLP
ATTORNEYS AT LAW

Selman Breitman LLP
ATTORNEYS AT LAW

The remaining parties in this action, plaintiff/counter-defendant Centex Homes ("Centex"), defendant/counterclaimant/cross-complainant Everest National Insurance Company ("Everest"), defendants/cross-defendants Lexington Insurance Company ("Lexington") and Axis Surplus Insurance Company ("AXIS") and defendant Interstate Fire & Casualty Company ("Interstate"), by and through their respective counsel of record, hereby stipulate to extend certain deadlines within the Scheduling Order entered by this Court on September 25, 2020 (ECF No. 126), by sixty (60) days pursuant to LR 26-4.  This is the second stipulation to extend the dispositive motion deadline.

Centex has previously resolved and its dismissed its claims against defendants Financial Pacific Insurance Company ("Financial Pacific"), St. Paul Fire and Marine Insurance Company ("St. Paul"), Arch Specialty Insurance Company ("Arch"), Navigators Specialty Insurance Company ("Navigators"), Federal Insurance Company ("Federal"), First Mercury Insurance Company ("First Mercury") and First Specialty Insurance Corporation ("First Specialty"). Financial Pacific, St. Paul, Arch, Navigators, Federal, First Mercury and First Specialty are no longer parties to this action.[1]

Good cause exists for the requested extensions. The remaining parties in this action, Centex, Everest, Lexington, AXIS and Interstate (the "Parties"), require additional time to determine what claims can be settled or otherwise resolved with the need for dispositive motions and substantial progress has been made in that respect.

1.    **Reason(s) Why The Parties Are Requesting An Extension Of The Dispositive Motion Deadline.**

The Parties have made substantial progress towards resolving this case in its entirety.  An initial mediation took place on April 30, 2020.  Since that time, Centex has resolved and dismissed its claims against seven defendants.  Further, one of those now dismissed parties, St. Paul, resolved and dismissed its cross-claims against nine defendants, including Lexington, AXIS and Interstate.

[1] St. Paul had asserted cross-claims against Everest, Financial Pacific, Arch, Navigators, First Mercury, First Specialty, Lexington, AXIS and Interstate (ECF No. 101.)  St. Paul's cross-claims against Everest were dismissed on January 13, 2021.  (ECF No. 134.)  St. Paul's remaining cross-claims in this action were dismissed on February 17, 2021.  (ECF No. 139.)

STIPULATION AND [PROPOSED] ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE

1062 46874 4826-5383-1188 .v3

Centex and Lexington participated in further mediation in December, 2020, to resolve their respective claims and defenses and made substantial progress towards settlement.  The Parties are continuing to discuss the possibility of settling or otherwise resolving the remaining claims, counter-claims and/or cross-claims but require more time to determine which claims can be resolved without the need for filing dispositive motions.  Substantive progress has already been made in that respect.  The Parties believe their time, attention, and resources would be better spent focusing on settlement rather than preparing dispositive motions over the following three weeks.

2.    **Proposed Schedule For Filing Dispositive Motions And a Joint PreTrial Order.**

**Dispositive Motions**

The parties shall have until May 17, 2021, to file dispositive motions.

**Joint PreTrial Order**

The Joint Pretrial Order shall be filed no later than June 17, 2021, which is thirty (30) days after the date set for filing of dipositive motions.  In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after decision on the dispositive motions or by further order of the Court.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE

1062 46874 4826-5383-1133 .v3

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  February 24, 2021 | Dated:  February 24, 2021 |
| PAYNE & FEARS LLP | SELMAN BREITMAN LLP |
| By:   /s/ Sarah J. Odia<br>Scott S. Thomas, Esq.<br>Sarah J. Odia, Esq.<br>6385 S. Rainbow Blvd., Ste. 220<br>Las Vegas, NV 89118<br>Telephone: (702) 851-0300 | By:   /s/ David Astengo<br>David Astengo, Esq.<br>33 New Montgomery, Sixth Floor<br>San Francisco, CA 94105-4537<br>Telephone: (415) 979-0400 |
| Attorneys for Plaintiff/Counter-Defendant,<br>CENTEX HOMES | Attorney for Defendant, Counterclaimant<br>and Cross-Complainant, EVEREST<br>NATIONAL INSURANCE COMPANY |
| Dated:  February 24, 2021 | Dated:  February 24, 2021 |
| COZEN O'CONNOR | CARMAN COONEY FORBUSH PLLC |
| By:   /s/ Michael W. Melendez<br>Michael W. Melendez, Esq.<br>101 Montgomery Street, Suite 1400<br>San Francisco, CA 94104<br>Telephone: (415) 593-9610 | By:   /s/ Benjamin Carman<br>Benjamin Carman, Esq.<br>4045 Spencer Street, Ste. A47<br>Las Vegas, NV 89119<br>Telephone: (702) 421-0111 |
| Attorney for Defendant and Cross-Defendant,<br>AXIS SURPLUS INSURANCE COMPANY | Attorney for Defendant INTERSTATE FIRE<br>& CASUALTY COMPANY |
| Dated:  February 24, 2021 | |
| HEROLD & SAGER | |
| By:   /s/ Andrew D. Herold<br>Andrew D. Herold, Esq.<br>3960 Howard Hughes Pkwy., Ste. 500<br>Las Vegas, NV 89169<br>Telephone: (702) 990-3624 | |
| Attorney for Defendant and Cross-Defendant,<br>LEXINGTON INSURANCE COMPANY | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4

1062 46874 4826-5383-1158 .v3

1

## **ORDER**

2

3              IT IS SO ORDERED:

4

5    Dated:    2-25-2021

6                                                              U.S. MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Selman Breitman LLP
ATTORNEYS AT LAW

5

1062 46874 4826-5383-1133 .v3