1  Randolph P. Sinnott. Nevada Bar No. 9907
   rsinnott@spcclaw.com
2  SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
   515 S. Figueroa Street, Suite 1470
3  Los Angeles, California 90071-3331
   Telephone: (213) 996-4200
4  Facsimile: (213) 892-8322

5  John T. Meno. California Bar No. 231238 (admitted pro hac vice)
   jmeno@spcclaw.com
6  SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
   2000 Powell Street, Suite 830
7  Emeryville, California 94608
   Telephone: (415) 352-6200
8  Facsimile: (415) 352-6224

9  Kurt Bonds, Nevada Bar No. 6228
   kbonds@alversontaylor.com
10 ALVERSON TAYLOR & SANDERS
   6605 Grand Montecito Pkwy., Suite 200,
11 Las Vegas, NV 89149
   Telephone: (702) 384-7000
12 Facsimile: (702) 385-7000

13 Attorneys for First Mercury Insurance Company
14

15                    **UNITED STATES DISTRICT COURT**

16                         **DISTRICT OF NEVADA**

| | |
|---|---|
| 17  CENTEX HOMES, a Nevada general partnership, | Case No. 19-CV-01284-JCM-VCF |
| 18           Plaintiff, | |
| 19     vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT FIRST MERCURY INSURANCE COMPANY AND ORDER** |
| 20  FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation; ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; FIRST MERCURY INSURANCE | |

COMPANY, an Illinois corporation;
FIRST SPECIALTY INSURANCE
CORPORATION, a Missouri corporation;
and AXIS SURPLUS INSURANCE
COMPANY, an Illinois corporation,

    Defendants.

IT IS HEREBY STIPULATED by and between Plaintiff CENTEX HOMES ("Plaintiff") and Defendant FIRST MERCURY INSURANCE COMPANY ("Defendant"), through their respective attorneys of record, that Plaintiff's Complaint filed against Defendant shall be dismissed with prejudice pursuant to FRCP 41(a)(2). Each party shall bear their own attorneys' fees and costs.

DATED: March 5, 2021    SINNOTT, PUEBLA,
CAMPAGNE & CURET, APLC

By:    */s/ Randolph P. Sinnott*
Randolph P. Sinnott
515 S. Figueroa Street, Suite 1470
Los Angeles, California 90071-3331
(213) 996-4200
Attorneys for FIRST MERCURY
INSURANCE COMPANY

DATED: March 5, 2021    PAYNE & FEARS, LLP

By:    */s/ Sarah J. Odia*
Sarah J. Odia
6385 S. Rainbow Blvd., Suite 220
Las Vegan, NV 89118
(702) 851-0300
Attorneys for CENTEX HOMES

/ / /

/ / /

/ / /

/ / /

/ / /

2    Case No. 19-CV-01284-JCM-VCF
STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT
FIRST MERCURY INSURANCE COMPANY AND     ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

IT IS SO ORDERED that Plaintiff Centex Homes' claims against Defendant First Mercury Insurance Company in the instant matter, Case No. 2:19-cv-01284-JCM-VCF, are dismissed with prejudice. Plaintiff and Defendant shall bear their own attorneys' fees and costs.

DATED: March 10, 2021

_____
JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE

|    |    |
|----|----|
| 1  | Centex Homes v. Financial Pacific Insurance Company, et al. |
| 2  | (United States District Court District of Nevada |
| 3  | Case No.: 2:19-cv-01284-JCM-VCF) |
| 4  | **CERTIFICATE OF SERVICE** |

I hereby certify that on March 5, 2021, a copy of the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT FIRST MERCURY INSURANCE COMPANY AND [PROPOSED] ORDER** was delivered by electronic service through the Court's CM/ECF System.

/s/ *Esther Salazar*
Esther Salazar