Scott S. Thomas, NV Bar No. 7937
sst@paynefears.com
Sarah J. Odia, NV Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for CENTEX HOMES

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>Plaintiff,<br><br>v.<br><br>FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation; ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; FIRST MERCURY INSURANCE COMPANY, an Illinois corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation; and AXIS SURPLUS INSURANCE COMPANY, an Illinois corporation,<br><br>Defendants. | Case No.: 2:19-cv-01284-JCM-VCF<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT NAVIGATORS SPECIALTY INSURANCE COMPANY AND                  ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff and Counter-Defendant Centex Homes ("Centex") and Defendant Navigators Specialty Insurance Company ("Navigators"), through their respective attorneys of record, that Centex's Complaint filed against Navigators shall be dismissed with prejudice pursuant to FRCP 41(a)(2).

Each party shall bear their own attorneys' fees and costs.

Dated: April 14, 2021

PAYNE & FEARS LLP

By: /s/ Sarah J. Odia
Sarah J. Odia, Esq.
6385 S. Rainbow Blvd, Suite 220
Las Vegas, NV 89118
(702) 851-0300

Attorneys for CENTEX HOMES

Dated: April 14, 2021

MCCLOSKEY, WARING, WAISMAN & DRURY LLP

By: /s/ Heather L. McCloskey
Heather L. McCloskey
Andrew R. McCloskey
12671 High Bluff Drive, Ste. 350
San Diego, CA 92130
(619) 237-3095

Attorneys for NAVIGATORS SPECIALTY INSURANCE COMPANY

### ORDER

IT IS SO ORDERED that Plaintiff and Counter-Defendant Centex Homes' claims against Defendant Navigators Specialty Insurance Company (collectively, "Parties") in the instant matter, Case No. 2:19-cv-01284-JCM-VCF, are dismissed with prejudice. Parties shall bear their own attorneys' fees and costs.

DATED: April 14, 2021.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE