Scott S. Thomas
Nevada Bar No. 7937
sst@paynefears.com
Sarah J. Odia
Nevada Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for Plaintiff CENTEX HOMES

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>    Plaintiff,<br><br>v.<br><br>FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation; ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; FIRST MERCURY INSURANCE COMPANY, an Illinois corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation; and AXIS SURPLUS INSURANCE COMPANY, an Illinois corporation,<br><br>    Defendants. | Case No. 2:19-cv-01284-JCM-VCF<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff and Counter-Defendant Centex Homes ("Centex"), Defendant, Counterclaimant, and Cross-Complainant Everest National Insurance Company ("Everest"), Defendant/Cross-Defendant Lexington Insurance Company, and Defendant/Cross-Defendant AXIS Surplus Insurance Company, through their respective attorneys of record, that Centex's Complaint filed against Everest shall be dismissed with prejudice pursuant to FRCP 41(a)(2).  Further, Everest's Counterclaim filed against Centex shall be dismissed with prejudice pursuant to FRCP 41(a)(2).  Further, Everest's Cross-Claim filed against Lexington Insurance Company and AXIS Surplus Insurance Company shall be dismissed with prejudice pursuant to FRCP 41 (a)(2).

Each party shall bear their own attorneys' fees and costs.

| | |
|---|---|
| Dated: April 13, 2021<br><br>PAYNE & FEARS LLP<br><br>By:   /s/ Sarah J. Odia<br>     Sarah J. Odia, Esq.<br>     6385 S. Rainbow Blvd., Ste. 220<br>     Las Vegas, NV 89118<br>     (702) 851-0300<br><br>Attorneys for Plaintiff/Counter-Defendant<br>CENTEX HOMES | Dated: April 13, 2021<br><br>SELMAN BREITMAN LLP<br>By:   /s/ David Astengo<br>     David Astengo, Esq.<br>     333 New Montgomery, Sixth Floor<br>     San Francisco, CA 94105-4537<br>     T: 415-979-0400<br><br>Attorneys for Defendant, Counterclaimant and Cross-Complainant EVEREST NATIONAL INSURANCE COMPANY |
| Dated: April 13, 2021<br><br>COZEN O'CONNOR<br><br>By:   /s/    Michael W. Melendez<br><br>     Michael W. Melendez, Esq.<br>     101 Montgomery Street, Suite 1400<br>     San Francisco, CA 94104<br>     Telephone: (415) 593-9610<br><br>Attorney for Defendant and Cross-Defendant<br>AXIS SURPLUS INSURANCE COMPANY | Dated: April 13, 2021<br><br>HEROLD & SAGER<br><br>By:   /s/    Joshua A. Zlotlow<br><br>     Andrew D. Herold, Esq.<br>     Joshua A. Zlotlow<br>     3960 Howard Hughes Pkwy., Ste. 500<br>     Las Vegas, NV 89169<br>     Telephone: (702) 990-3624<br><br>Attorney for Defendant and Cross-Defendant<br>LEXINGTON INSURANCE COMPANY |

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD, SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300

2

Stipulation for Dismissal and Order                    Case No. 2:19-cv-01284-JCM-VCF

# ORDER

IT IS SO ORDERED that Plaintiff and Counter-Defendant Centex Homes ("Centex"), Defendant, Counterclaimant, and Cross-Complainant Everest National Insurance Company ("Everest"), Defendant/Cross-Defendant Lexington Insurance Company, and Defendant/Cross-Defendant AXIS Surplus Insurance Company in the instant matter, Case No. 2:19-cv-01284-JCM-VCF, are dismissed with prejudice.

IT IS FURTHER ORDERED that Everest's Counterclaim against Centex in the instant matter, Case No. 2:19-cv-01284-JCM-VCF, are dismissed with prejudice.

IT IS FURTHER ORDERED that Everest's Cross-Complaint against Lexington Insurance Company and AXIS Surplus Insurance Company in the instant matter, Case No. 2:19-cv-01284-JCM-VCF, are dismissed with prejudice.

All parties shall bear their own attorneys' fees and costs.

DATED: April 14, 2021

_____
HONORABLE JUDGE JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on April ___, 2021, I electronically served a copy of the above and foregoing, **STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic filing user with the clerk.

                                                       /s/
                                          Erica Bennett-Mendoza
                                          An employee of PAYNE & FEARS LLP

4847-5516-1828.2

Stipulation for Dismissal and Order        4        Case No. 2:19-cv-01284-JCM-VCF