Michael W. Melendez
Nevada Bar No. 6741
COZEN O'CONNOR
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Tel:    702.470.2330
Fax:    702.470.2370
Email:  mmelendez@cozen.com

Attorneys for Defendant and Cross-Defendant
AXIS SURPLUS INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>    Plaintiff,<br><br>v.<br><br>FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation; ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; FIRST MERCURY INSURANCE COMPANY, an Illinois corporation, FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation; and AXIS SURPLUS INSURANCE COMPANY, an Illinois corporation,<br><br>    Defendants. | Case No. 2:19-CV-01284-JCM-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE DEFENDANT AXIS SURPLUS INSURANCE COMPANY** |// 
| AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS. | |

It is hereby STIPULATED by and between plaintiff and counterclaim defendant Centex Homes ("Centex") and defendant and cross-defendant AXIS Surplus Insurance Company ("AXIS") that Centex' claims against AXIS be dismissed with prejudice pursuant to Federal Rule of Procedure 41(a)(2), each party to bear its own attorneys' fees and costs.

Dated:   May 10, 2021

COZEN O'CONNOR

By: /s/ *Michael W. Melendez*
Michael W. Melendez
Nevada Bar No. 6741
COZEN O'CONNOR
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Tel:    702.470.2330
Fax:    702.470.2355
Email:  mmelendez@cozen.com

Attorneys for Defendant
AXIS SURPLUS INSURANCE COMPANY

Dated:   May 17, 2021

PAYNE & FEARS LLP

By: /s/ *Sarah J. Odia*
Sarah J. Odia
Nevada Bar No. 11053
PAYNE & FEARS
6385 S. Rainbow Boulevard, Suite 220
Las Vegas, NV 89118
Tel:    702.851.0300
Fax:    702.851.0315
Email:  sjo@paynefears.com

Attorneys for Plaintiff and Counterclaim
Defendant CENTEX HOMES

## ORDER

It is hereby ORDERED that plaintiff and counterclaim defendant Centex Homes' claims against defendant and cross-defendant AXIS Surplus Insurance Company are DISMISSED WITH PREJUDICE, each side to bear its own fees and costs.

Dated:  May 17, 2021.

_____
THE HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Cozen O'Connor, 101 Montgomery Street, Suite 1400, San Francisco, CA 94104.

On May 17, 2021, I served the following document:

**STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE DEFENDANT AXIS SURPLUS INSURANCE COMPANY**

in the matter of *Centex Homes v. Financial Pacific Insurance Company, et al.*, United States District Court, District of Nevada, Case No. 2:19-cv-01284, in the following manner:

☒ **By electronic service**. Pursuant to Local Rule LR IC 4-1 of the United States District Court for the District of Nevada, the above-referenced document was electronically filed and served on all appearing parties through the Notice of Electronic Filing automatically generated by the Court.

_____
Erika Calderon