Scott S. Thomas, NV Bar No. 7937
sst@paynefears.com
Sarah J. Odia, NV Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for CENTEX HOMES

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>                    Plaintiff,<br><br>          v.<br><br>FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation; ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; FIRST MERCURY INSURANCE COMPANY, an Illinois corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation; and AXIS SURPLUS INSURANCE COMPANY, an Illinois corporation,<br><br>                    Defendants. | Case No.: 2:19-cv-01284-JCM-VCF<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT LEXINGTON INSURANCE COMPANY AND [PROPOSED] ORDER** |

-1-   Case No. 2:19-cv-01284-JCM-VCF

STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT
LEXINGTON INSURANCE COMPANY AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED by and between Plaintiff CENTEX HOMES ("Plaintiff") and Defendant LEXINGTON INSURANCE COMPANY ("Defendant"), through their respective attorneys of record, that Plaintiff's Complaint filed against Defendant shall be dismissed with prejudice pursuant to FRCP 41(a)(2).  Each party shall bear their own attorneys' fees and costs.

| Dated: August 16, 2021 | Dated: August 16, 2021 |
|---|---|
| PAYNE & FEARS LLP | HEROLD & SAGER |
| By: __/s/ Sarah J. Odia__<br>Sarah J. Odia, Esq.<br>6385 S. Rainbow Blvd, Suite 220<br>Las Vegas, NV 89118<br>(702) 851-0300 | By: __/s/ Andrew D. Herold__<br>Andrew D. Herold, Esq.<br>3960 Howard Hughes Pkwy., Ste. 500<br>Las Vegas, NV 89169<br>(702) 990-3624 |
| Attorneys for Plaintiff CENTEX HOMES | Attorneys for Defendant LEXINGTON INSURANCE COMPANY |

**ORDER**

IT IS SO ORDERED that Plaintiff's claims against Defendant Lexington Insurance Company in the instant matter, Case No. 2:19-cv-01284-JCM-VCF, are dismissed with prejudice. Plaintiff and Defendant shall bear their own attorneys' fees and costs.

DATED: August 19, 2021

_____
JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE