1  Scott S. Thomas, NV Bar No. 7937
   sst@paynefears.com
2  Sarah J. Odia, NV Bar No. 11053
   sjo@paynefears.com
3  PAYNE & FEARS LLP
   6385 S. Rainbow Blvd., Suite 220
4  Las Vegas, Nevada 89118
   Telephone: (702) 851-0300
5  Facsimile: (702) 851-0315

6  Attorneys for CENTEX HOMES

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership, | Case No.: 2:19-cv-01284-JCM-VCF |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT INTERSTATE FIRE & CASUALTY COMPANY AND [PROPOSED] ORDER** |
| FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation; ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; FIRST MERCURY INSURANCE COMPANY, an Illinois corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation; and AXIS SURPLUS INSURANCE COMPANY, an Illinois corporation, | |
| Defendants. | |

1  IT IS HEREBY STIPULATED by and between Plaintiff CENTEX HOMES ("Plaintiff")
2  and Defendant INTERSTATE FIRE & CASUALTY COMPANY ("Defendant"), through their
3  respective attorneys of record, that Plaintiff's Complaint filed against Defendant shall be dismissed
4  with prejudice pursuant to FRCP 41(a)(2).  Each party shall bear their own attorneys' fees and costs.

| Dated: August 16, 2021 | Dated: August 16, 2021 |
|---|---|
| PAYNE & FEARS LLP | CARMAN COONEY FORBUSH PLLC |
| By: __/s/ Sarah J. Odia__<br>Sarah J. Odia, Esq.<br>6385 S. Rainbow Blvd, Suite 220<br>Las Vegas, NV 89118<br>(702) 851-0300 | By: __/s/ Benjamin J. Carman__<br>Benjamin J. Carman, Esq.<br>4045 Spencer Street, Suite A47<br>Las Vegas, NV 89119<br>(702) 421-0111 |
| Attorneys for Plaintiff CENTEX HOMES | Attorneys for Defendant INTERSTATE FIRE & CASUALTY COMPANY |

### ORDER

IT IS SO ORDERED that Plaintiff's claims against Defendant Interstate Fire & Casualty Company in the instant matter, Case No. 2:19-cv-01284-JCM-VCF, are dismissed with prejudice. Plaintiff and Defendant shall bear their own attorneys' fees and costs.

DATED:  August 19, 2021

_____
JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE