Scott S. Thomas, NV Bar No. 7937
sst@paynefears.com
Sarah J. Odia, NV Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for CENTEX HOMES

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>  Plaintiff,<br><br>  v.<br><br>FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation; ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; FIRST MERCURY INSURANCE COMPANY, an Illinois corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation; and AXIS SURPLUS INSURANCE COMPANY, an Illinois corporation,<br><br>  Defendants. | Case No.:  2:19-cv-01284-JCM-VCF<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT ARCH SPECIALTY INSURANCE COMPANY AND [PROPOSED] ORDER** |

1  IT IS HEREBY STIPULATED by and between Plaintiff CENTEX HOMES ("Plaintiff")
2  and Defendant ARCH SPECIALTY INSURANCE COMPANY ("Defendant"), through their
3  respective attorneys of record, that Plaintiff's Complaint filed against Defendant shall be dismissed
4  with prejudice pursuant to FRCP 41(a)(2). Each party shall bear their own attorneys' fees and costs.

Dated: August 25, 2022

Dated:

PAYNE & FEARS LLP

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER

By: /s/ Sarah J. Odia
 Sarah J. Odia, Esq.
 6385 S. Rainbow Blvd, Suite 220
 Las Vegas, NV 89118
 (702) 851-0300
 Attorneys for Plaintiff CENTEX HOMES

By: /s/ John H. Podesta
 John H. Podesta, Esq.
 525 Market Street, 17th Floor
 San Francisco, CA 94105-2725
 Attorneys for Defendant Arch Specialty Insurance Company

## ORDER

IT IS SO ORDERED that Plaintiff's claims against Defendant Arch Specialty Insurance Company in the instant matter, Case No. 2:19-cv-01284-JCM-VCF, are dismissed with prejudice. Plaintiff and Defendant shall bear their own attorneys' fees and costs.

DATED: August 29, 2022.

 _____
 JAMES C. MAHAN
 UNITED STATES DISTRICT COURT JUDGE

4861-2606-5456.1